1  LATHAM & WATKINS LLP
       Matthew B. Lehr (Bar No. 213139)
2      James L. Day (Bar No. 197152)
   135 Commonwealth Drive
3  Menlo Park, California 94025
   Telephone: (650) 328-4600
4  Facsimile: (650) 463-2600

5  LATHAM & WATKINS LLP
       Mark A. Finkelstein (Bar No. 173851)
6      Jordan B. Kushner (Bar No. 229477)
   650 Town Center Drive, 20th Floor
7  Costa Mesa, California 92626
   Telephone: (714) 540-1235
8  Facsimile: (714) 755-8290

9  Attorneys for Plaintiff
   VNUS Medical Technologies, Inc.
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

| 14 | VNUS MEDICAL TECHNOLOGIES, INC., | CASE NO. C05-02972 MMC |
|----|----------------------------------|------------------------|
| 15 | Plaintiff, | **STIPULATION TO FILE AMENDED COMPLAINT; ORDER THEREON** |
| 16 | v. | |
| 17 | DIOMED HOLDINGS, INC. and DIOMED INC. | |
| 18 | Defendants. | |
| 19 | DIOMED HOLDINGS, INC. and DIOMED, INC., | |
| 20 | | |
| 21 | Counterclaimants, | |
| 22 | v. | |
| 23 | VNUS MEDICAL TECHNOLOGIES, INC., | |
| 24 | Counterdefendant. | |

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1  WHEREAS VNUS Medical Technologies, Inc. (VNUS") filed a complaint against Diomed Holdings, Inc. and Diomed Inc. ("Diomed") in the above-captioned action on July 21, 2005;

WHEREAS Diomed filed an answer and counterclaim against VNUS in the above-captioned action on September 15, 2005; and

WHEREAS pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the parties now wish to stipulate that VNUS may file the amended complaint attached hereto as Exhibit "A," and lodged concurrently herewith.

NOW, THEREFORE, by and through their respective undersigned counsel of record, the parties stipulate that VNUS' First Amended Complaint lodged concurrently herewith may be filed.

Dated: September __, 2005

LATHAM & WATKINS LLP

By _____
Mark A. Finkelstein
Attorneys for Plaintiff and
Counterclaimant Defendant VNUS
Medical Technologies, Inc.

Dated: September 21, 2005

COBLENTZ, PATCH, DUFFY & BASS LLP

By _____
Howard A. Slavitt
Attorneys for Defendants and
Counterclaimants Diomed Holdings,
Inc. and Diomed, Inc.

## ORDER

Good cause appearing, the foregoing stipulation is approved. The First Amended Complaint shall be accepted for filing.  Plaintiff shall file the First Amended Complaint no later than October 21, 2005.

Dated: October 11, 2005

_____
United States District Court Judge