DORSEY & WHITNEY LLP
Sri K. Sankaran (SBN 236584 )
555 California Street, Suite 1000
San Francisco, CA 94104-1513
Telephone: (415) 781-1989

DORSEY & WHITNEY LLP
J. Thomas Vitt (petition for admission
pro hac vice to be filed)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600

Attorneys for Defendant
Vascular Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., | CASE NO.: C 05-02972 MMC |
| Plaintiff, | |
| v. | |
| DIOMED HOLDINGS, INC., DIOMED INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC. | **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT VASCULAR SOLUTIONS, INC., TO ANSWER THE AMENDED COMPLAINT** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that Vascular Solutions, Inc., shall have an additional 31 days, up to an including December 9, 2005, to serve an Answer to the First Amended Complaint.

ATTESTATION OF FILER CONCERNING SIGNATURE

In accordance with general Order No. 45, Section X, the filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the signatories listed below.

DATED:  November 8, 2005         DORSEY & WHITNEY LLP

By: _____/s/_____

SRI K. SANKARAN
DIANE J. MASON

Attorneys for Vascular Solutions, Inc.,


DATED:  November 8, 2005         LATHAM & WATKINS LLP

By: _____/s/_____

JAMES L. DAY

Attorneys for Plaintiff VNUS Medical Technologies, Inc.


PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: November 9, 2005

_____
Maxine M. Chesney
UNITED STATES DISTRICT JUDGE