JOHN P. BOVICH (CSB No. 150688)
REED SMITH LLP
2 Embarcadero Center
San Francisco, California 94111
Telephone: 415-659-5926
Facsimile: 415-391-8269

ARTHUR M. DRESNER
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5404
Facsimile: 212-521-5450

Attorneys for Defendant
ANGIODYNAMICS, INC.

MATTHEW B. LEHR
JAMES L. DAY
LATHAM & WATKINS LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: 650-328-4600
Facsimile: 650-463-2600

MARK A. FINKELSTEIN
JORDAN B. KUSHNER
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: 714-540-1235
Facsimile: 714-755-8290

Attorneys for Plaintiff
VNUS MEDICAL TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DIOMED HOLDINGS, INC., DIOMED, INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC.,<br><br>Defendants. | No.: C05-02972 MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT ANGIODYNAMICS, INC. TO ANSWER THE AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that AngioDynamics, Inc. shall have an additional 31 days, up to and including December 9, 2005, to serve an Answer to First Amended Complaint.

ATTESTATION OF FILER CONCERNING SIGNATURE

In accordance with general Order No. 45, Section X, the filer of this document herby attests that concurrence in the filing of this document has been obtained from each of the signatures listed below.

DATED:  November 9, 2005.

REED SMITH LLP

By  /s/
John P. Bovich
Attorneys for Defendant
AngioDynamics, Inc.

DATED:  November 9, 2005.

LATHAM & WATKINS LLP

By  /s/
James L. Day
Attorneys for Defendant
VNUS Medical Technologies, Inc.

Dated: November 10, 2005



IT IS SO ORDERED
Judge Maxine M. Chesney

Case No.  05-02972 MMC — 2 — DOCSSFO-12420772.1-JBOVICH 11/9/05 10:11 AM
JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT
ANGIODYNAMICS, INC. TO ANSWER THE AMENDED COMPLAINT