1  JOHN P. BOVICH (CSB No. 150688)
   REED SMITH LLP
2  2 Embarcadero Center
   San Francisco, California 94111
3  Telephone: 415-659-5926
   Facsimile: 415-391-8269
4
   ARTHUR M. DRESNER
5  REED SMITH LLP
   599 Lexington Avenue
6  New York, New York 10022
   Telephone: 212-521-5404
7  Facsimile: 212-521-5450

8  Attorneys for Defendant
   ANGIODYNAMICS, INC.
9
   HOWARD SLAVITT
10 COBLENTZ, PATCH DUFFY & BASS LLP
   One Ferry Building, Suite 200
11 San Francisco, CA 94111-4213
   Telephone: 415-391-4800
12 Facsimile: 415-989-1663

13 MICHAEL A. ALBERT
   WOLF, GREENFIELD & SACKS, P.C.
14 600 Atlantic Avenue
   Boston, MA 02210-2206
15 Telephone: 617-720-3500
   Facsimile: 617-720-2441
16
   Attorneys for Defendants
17 DIOMED HOLDINGS, INC. and DIOMED
   INC.

J. THOMAS VITT
HEATHER REDMOND
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: 612 340 2600
Facsimile: 612 340 2868

SRI K. SANKARAN (CSB No. 236584)
DORSEY & WHITNEY LLP
555 California Street, Suite 1000
San Francisco, CA 94104-1513
Telephone: 415-781-1989

Attorneys for Defendant
VASCULAR SOLUTIONS, INC

MATTHEW B. LEHR
JAMES L. DAY
LATHAM & WATKINS LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: 650-328-4600
Facsimile: 650-463-2600

MARK A. FINKELSTEIN
JORDAN B. KUSHNER
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: 714-540-1235
Facsimile: 714-755-8290

Attorneys for Plaintiff
VNUS MEDICAL TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIOMED HOLDINGS, INC., DIOMED, INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC., <br><br> Defendants. | No.: C05-02972 MMC <br><br> **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

All parties, by and through their undersigned counsel, hereby stipulate to this Request to Continue Case management Conference, filed concurrently with the supporting Declaration of John P. Bovich.

The parties stipulate as follows:

1. Plaintiff, VNUS Medical Technolgies, Inc. ("VNUS"), filed its complaint for patent infringement against defendants Diomed Holdings, Inc., Diomed Inc. (collectively "Diomend") on July 21, 2005.

2. On August 23, 2005, the Court issued its Case Management Conference Order, setting the Initial Case Management Conference for December 2, 2005 at 10:30 a.m.

3. On October 12, 2005, VNUS filed is First Amended Complaint adding defendants AngioDynamics, Inc. ("AngioDynamics"), and Vascular Solutions, Inc. ("VSI") to the lawsuit.

4. On November 7, 2005, VNUS agreed to extend the deadline for AngioDynamics and VSI to answer the complaint until December 9, 2005.

5. Because two new defendants have recently been added to the case, and because their answers will not likely be on file by December 2, 2005 - the date currently scheduled for the Case Management Conference – AngioDynamics and VSI believe that a short continuance of the Case Management Conference is warranted, and VNUS does not object to a short delay to the first week of January. If the CMC is held before AngioDynamics and VSI respond to the complaint, that procedure would be likely to lead to further delay as the issues will not be properly framed as of the time of the CMC.

6. The parties agree to continue the Case Management Conference until January 6, 2006, at 10:30 a.m. or as soon thereafter as the Court's schedule permits.

ATTESTATION OF FILER CONCERNING SIGNATURE

In accordance with general Order No. 45, Section X, the filer of this document herby attests that concurrence in the filing of this document has been obtained from each of the signatures listed below.

DATED: November 9, 2005.

        REED SMITH LLP

By   /s/
    John P. Bovich
    Attorneys for Defendant
    AngioDynamics, Inc.

DATED: November 9, 2005.

        COBLENTZ, PATCH, DUFFY & BASS LLP

By   /s/
    Howard Slavitt
    Attorneys for Defendants
    Diomed Holdings, Inc. and Diomed Inc.

DATED: November 9, 2005.

        DORSEY & WHITNEY LLP

By   /s/
    J. Thomas Vitt
    Heather Redmond
    Attorneys for Defendant
    Vascular Solutions, Inc.

DATED: November 9, 2005.

        LATHAM & WATKINS LLP

By   /s/
    James L. Day
    Attorneys for Defendant
    VNUS Medical Technologies, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED. The conference is continued to January 6, 2006; a joint statement shall be filed no later than December 30, 2005.

Date: November 18, 2005

*Maxine M. Chesney*
The Honorable Maxine M. Chesney
United States District Judge