**FILED**

DEC 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

RECEIVED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., | CASE NO. C05-02972 MMC |
| Plaintiff(s), | (Proposed) |
| v. | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY |
| DIOMED HOLDINGS, INC., et al., | *PRO HAC VICE* |
| Defendant(s). | |

J. Thomas Vitt, an active member in good standing of the bar of State of Minnesota, whose business address and telephone number is Dorsey & Whitney LLP, 50 South 6th Street, Suite 1500, Minneapolis, MN 55402; (612) 340-5675, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Vascular Solutions, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Vnus Medical Technologies Inc.,     Case Number: CV05-02972 MMC

        Plaintiff,     **CERTIFICATE OF SERVICE**

v.

Diomed Holdings Inc. et al,

        Defendant.

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 6, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Heather D. Redmond
J. Thomas Vitt
Dorsey & Whitney, LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402

Jordan B. Kushner
Latham & Watkins LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626

Dated: December 6, 2005

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk