Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
Douglas K. Yatter (Bar No. 236089)
Yiping R. Liao (Bar No. 238319)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

Attorneys for Plaintiff
VNUS Medical Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br>Plaintiff,<br><br>v.<br><br>DIOMED HOLDINGS, INC., DIOMED INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC.,<br><br>Defendants. | CASE NO. C05-02972 MMC<br><br>**ORDER GRANTING MOTION OF PLAINTIFF VNUS MEDICAL TECHNOLOGIES, INC. TO SUBSTITUTE ATTORNEYS**<br><br>Judge: Hon. Maxine M. Chesney |

Plaintiff VNUS Medical Technologies, Inc. has filed a Motion to Substitute Attorneys pursuant to Civil L.R. 5-4, Civil. L.R. 7-1, and Sec. IV.C of General Order No. 45, to substitute Davis Polk & Wardwell, 1600 El Camino Real, Menlo Park, California 94025, telephone number (650) 752-2000, as its attorneys of record in place and in stead of Latham & Watkins LLP in this action.

The Court now grants the Motion substituting Davis Polk & Wardwell as attorneys of record for VNUS Medical Technologies, Inc.

IT IS SO ORDERED.

Dated: March 2, 2006

_____
MAXINE M. CHESNEY
United States District Judge

1
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
TO SUBSTITUTE ATTORNEYS– C05-02972 MMC