Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
Douglas K. Yatter (Bar No. 236089)
Yiping R. Liao (Bar No. 238319)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:   (650) 752-2111

Attorneys for Plaintiff
VNUS Medical Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIOMED HOLDINGS, INC., DIOMED INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC., <br><br> Defendants. | CASE NO. C05-02972 MMC <br><br> **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION PURSUANT TO CIVIL L.R. 6-3 TO SHORTEN TIME FOR THE COURT TO HEAR DEFENDANTS' MOTION TO PHASE DISCOVERY AND FOR PROTECTIVE ORDER** <br><br> Judge:  Hon. Maxine M. Chesney |

Plaintiff VNUS Medical Technologies, Inc. ("VNUS") has moved pursuant to Civil Local Rule 6-3 for an order shortening the time for the Court to hear Defendants' Motion to Phase Discovery and for Protective Order filed on April 3, 2006.  Timely resolution of Defendants' motion will afford clarity on the schedule for discovery in this action and on the Defendants' obligations in regard to outstanding discovery requests, and it will enable the parties to proceed efficiently in litigating their claims.

The Court therefore grants VNUS's unopposed motion to shorten time.  Defendants' Motion to Phase Discovery and for Protective Order will be heard on May 5, 2006 at 9:00 a.m.

1  The parties' papers shall be filed and served according to the following schedule:

2  • VNUS's opposition to Defendants' motion on April 21, 2006; and

3  • Defendants' reply to VNUS's opposition, if any, on April 28, 2006.

4

5  IT IS SO ORDERED.

6

7  Dated: April 20, 2006

8
9  _____
   MAXINE M. CHESNEY
   United States District Judge

10