1  Matthew B. Lehr (Bar No. 213139)
   Suong T. Nguyen (Bar No. 237557)
2  Douglas K. Yatter (Bar No. 236089)
   Yiping R. Liao (Bar No. 238319)
3  DAVIS POLK & WARDWELL
   1600 El Camino Real
4  Menlo Park, California  94025
   Telephone:  (650) 752-2000
5  Facsimile:   (650) 752-2111

6  Attorneys for Plaintiff
   VNUS Medical Technologies, Inc.

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  _____
                                           )
   VNUS MEDICAL TECHNOLOGIES, INC.,        )   CASE NO. C05-02972 MMC
11                                         )
                Plaintiff,                 )   **ORDER DENYING DEFENDANTS'**
12                                         )   **MOTION TO PHASE DISCOVERY AND**
        v.                                 )   **FOR PROTECTIVE ORDER**
13                                         )
   DIOMED HOLDINGS, INC., DIOMED           )   Judge:  The Honorable Maxine M. Chesney
14  INC., ANGIODYNAMICS, INC., and         )
   VASCULAR SOLUTIONS, INC.,               )
15                                         )
                Defendants.                )
16  _____)

17

18        Defendants filed a Motion to Phase Discovery and for Protective Order on April 3, 2006.
                                    the opposition and reply thereto.
19  The Court has considered the Motion and the arguments of the parties.  Good cause not being

20  shown, it is hereby ordered that Defendants' Motion is denied.  Defendants shall respond to
                                                          within 20 days hereafter
21  Plaintiff's outstanding discovery requests forthwith and comply with all relevant provisions of the

22  Federal Rules of Civil Procedure, the Patent Local Rules, and the Pretrial Preparation Order entered

23  by this Court on February 15, 2006.

24        The May 5, 2006 hearing is hereby VACATED.

25  DATED:  May 2, 2006

26

27  _____
    MAXINE M. CHESNEY
28  United States District Judge

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO PHASE
DISCOVERY AND FOR PROTECTIVE ORDER—C05-02972 MMC