1  Matthew B. Lehr (Bar No. 213139)
   Suong T. Nguyen (Bar No. 237557)
2  Duane D. Nash (Bar No. 220785)
   Yiping R. Liao (Bar No. 238319)
3  DAVIS POLK & WARDWELL
   1600 El Camino Real
4  Menlo Park, California  94025
   Telephone: (650) 752-2000
5  Facsimile:  (650) 752-2111

6  Attorneys for Plaintiff
   VNUS Medical Technologies, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | VNUS MEDICAL TECHNOLOGIES, INC., | CASE NO. C05-02972 MMC |
11 | Plaintiff, | **ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** |
12 | v. | |
13 | DIOMED HOLDINGS, INC., DIOMED INC., ANGIODYNAMICS, INC., and | **[CIV. LOCAL RULES 7-11, 79-5(d)]** |
14 | VASCULAR SOLUTIONS, INC., | Judge:   Hon. Maxine M. Chesney |
15 | Defendants. | |

16      After consideration of the Joint Motion for Administrative Relief to File Documents

17 Under Seal dated September 19, 2006 and the Declaration of Charlene A. Friedman Pursuant to

18 Civil L.R. 79-5(d) in support of such motion, and good cause appearing thereto, the Joint Motion

19 for Administrative Relief to File Documents Under Seal is GRANTED with respect to the

20 following documents:

21      • Exhibits A-E, H-M, and portions of Exhibit O to the Declaration of Michael N.
          Rader in support of Defendants' Claim Construction Brief;
22      • Designated portions of Defendants' Joint Claim Construction Brief; AND
23      • Designated portions of the Individual Claim Construction Brief of Diomed
          Holdings, Inc. and Diomed, Inc.
24
        The Clerk of the Court shall file unredacted versions of such documents.
25
   IT IS SO ORDERED.
26
   Dated: September 26, 2006
27
                                                          _____
28                                                        Hon. Maxine M. Chesney
                                                          Judge, United States District Court

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF
TO FILE DOCUMENTS UNDER SEAL, CASE NO. 05-02972 MMC