Matthew B. Lehr (Bar No. 213139)
Suong T. Nguyen (Bar No. 237557)
Duane D. Nash (Bar No. 220785)
Yiping R. Liao (Bar No. 238319)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California  94025
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111

Attorneys for Plaintiff
VNUS Medical Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., | CASE NO. C05-02972 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF VNUS MEDICAL TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION FOR PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR CLAIM CONSTRUCTION HEARING** |
| v. | |
| DIOMED HOLDINGS, INC., DIOMED INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC., | **(Civil Local Rule 7-11)** |
| Defendants. | Date:    October 30, 2006<br>Time:    9:00 a.m.<br>Judge:   Hon. Maxine M. Chesney |

[PROPOSED] ORDER GRANTING VNUS MEDICAL TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION FOR PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR CLAIM CONSTRUCTION HEARING, CASE NO.: 05-02972 MMC

VNUS Medical Technologies, Inc. has requested permission to bring certain equipment into the courtroom for the hearing presently set for October 30, 2006, at 9:00 a.m. VNUS Medical Technologies, Inc. has further requested permission to set up the equipment in the courtroom on the afternoon of October 27, 2006, and leave said equipment in the courtroom over the weekend for use on October 30, 2006.  IT IS HEREBY ORDERED that VNUS Medical Technologies, Inc. shall be permitted to bring the and set up the following items into the courtroom on October 27, 2006, for the claim construction hearing scheduled for October 30, 2006, at 9:00 a.m.:

1. Projector
2. Elmo projector
3. Laptop computers
4. Projection screen
5. Computer cables
6. Connection cords
7. Power cords
8. Power strip
9. Computer mouse
10. Video switch

IT IS SO ORDERED.  Plaintiff shall contact Deputy Clerk Tracy Lucero to arrange for courtroom access on October 27, 2006.

Dated: October 23, 2006

_____
Honorable Maxine M. Chesney
United States District Court Judge

2
[PROPOSED] ORDER GRANTING VNUS MEDICAL TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION FOR PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR CLAIM CONSTRUCTION HEARING, CASE NO.: 05-02972 MMC