HOWARD A. SLAVITT (State Bar # 172840)
JULIA D. GREER (State Bar # 200479)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile:  (415) 989-1663
E-mail:  has@cpdb.com
          Jdg@cpdb.com


MICHAEL A. ALBERT (admitted pro hac vice)
MICHAEL N. RADER (admitted pro hac vice)
LAURA TOPPER (admitted pro hac vice)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
Telephone:  (617) 646-8000
Facsimile:  (617) 646-8646
E-mail:  malbert@wolfgreenfield.com
          mrader@wolfgreenfield.com
          ltopper@wolfgreenfield.com

Attorneys for Defendants

DIOMED HOLDINGS, INC AND DIOMED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIOMED HOLDINGS, INC., DIOMED, INC., ANGIODYNAMICS, INC, and VASCULAR SOLUTIONS, INC. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. C05-02972 MMC <br><br> **ORDER GRANTING PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR CLAIM CONSTRUCTION TUTORIAL AND HEARING** <br><br> Date:      October 30, 2006 <br> Time:      9:00 am <br> Judge:    Hon. Maxine M. Chesney |

PROPOSED ORDER GRANTING PERMISSION
TO BRING EQUIPMENT INTO COURTROOM,
CASE NO. C05-2972 MMC

1097560.1

*Sidebar (vertical text):* COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200, san francisco, ca 94111-4213
(415) 391-4800 ● fax (415) 989-1663

Defendants Diomed Holdings, Inc., Diomed, Inc., Angiodynamics, Inc. and Vascular Solutions, Inc. ("Defendants") have requested permissions to bring certain equipment into the courtroom in order to present as part of the tutorial and claim construction hearing certain presentations and to refer to specimens of the accused product and Plaintiff's commercial product, during the claim construction tutorial and claim construction hearing, scheduled for October 30, 2006. It is hereby ordered that the Defendants be permitted to bring into the courtroom prior to 9 a.m. on October 30, 2006 and to leave in the courtroom until such time as the claim construction tutorial and hearing are complete the items set forth below:

1. One or more laptop computers, with accessories, including keyboard, mouse, external disk or cd/dvd drives, power cords, cables and other connectors and components;

2. A projector and associated audio-visual equipment;

3. An ELMO projector;

4. A projection screen (if not already available in the courtroom);

5. Samples of the accused product, including laser fiber kits;

6. Samples of the Plaintiff's commercial product, including a Closure electrode procedure kit; and

7. Additional connectors, switches, cables, components as may be necessary for the presentations.

Defendants shall contact Deputy Clerk Tracy Lucero to arrange for access to the courtroom prior to the claim construction tutorial and hearing.

IT IS SO ORDERED.

Dated: October 24, 2006

_Maxine M. Chesney_
Hon. Maxine M. Chesney
Judge, United States District Court

PROPOSED ORDER GRANTING PERMISSION
TO BRING EQUIPMENT INTO COURTROOM,
CASE NO. C05-2972 MMC

COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200, San Francisco, CA 94111-4213
(415) 391-4800 • fax (415) 989-1663

1097560.1