IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC.<br><br>Plaintiff<br><br>v.<br><br>DIOMED HOLDINGS, INC., et al.,<br><br>Defendant / | No. C-05-2972 MMC<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE** |

Before the Court is defendants' "Motion for Administrative Relief for Leave to File Sur-reply in Opposition to Plaintiff's Motion to Strike the Declarations of Drs. Ted R. Kohler and Mark N. Isaacs and Portions of Defendants' Claim Construction Briefs, or in the Alternative, to Submit Rebuttal Expert Declarations," filed November 17, 2006.

Plaintiff's reply does not raise new issues but, rather, responds to the arguments made in defendants' opposition. Accordingly, defendants' motion for administrative relief is hereby DENIED.

**IT IS SO ORDERED.**

Dated: November 17, 2006

MAXINE M. CHESNEY
United States District Judge