IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC.<br><br>Plaintiff<br><br>v.<br><br>DIOMED HOLDINGS, INC., et al.,<br><br>Defendant                              / | No. C-05-2972 MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR ISSUANCE OF LETTER OF REQUEST; SETTING BRIEFING SCHEDULE** |

    Before the Court is plaintiff's "Motion for Issuance of a Letter of Request for International Assistance Pursuant to the Hague Convention of March 18, 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters," filed February 2, 2007.

    Although plaintiff noticed the motion for hearing on February 9, 2007, plaintiff has not moved for an order shortening time. See Civil L.R. 6-3, 7-2. Accordingly, the February 9, 2007 hearing is hereby VACATED. In light of the non-expert discovery cutoff of April 13, 2007, however, the Court sets the following briefing schedule:

    1. Opposition, if any, shall be filed no later than February 14, 2007.

    2. Any reply shall be filed no later than February 16, 2007.

    2. As of February 16, 2007, the matter will stand submitted.

    **IT IS SO ORDERED.**

Dated: February 8, 2007

                                                    MAXINE M. CHESNEY<br>                                                    United States District Judge