IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC.<br><br>  Plaintiff<br><br>  v.<br><br>DIOMED HOLDINGS, INC., et al.,<br><br>  Defendants<br>                                                                / | No. C-05-2972 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF LETTER OF REQUEST; DIRECTIONS TO CLERK** |

   Before the Court is plaintiff's "Motion for Issuance of a Letter of Request for International Assistance Pursuant to the Hague Convention of March 18, 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters," filed February 2, 2007. Defendants have not filed opposition.

   Good cause appearing, the motion is hereby GRANTED.

   The Clerk of the Court is hereby directed to affix the seal of the Court to the original signed Letter of Request and to forward it to plaintiff, who is responsible for providing the original to the Judicial Authority of the Kingdom of Spain.

   **IT IS SO ORDERED.**

Dated: February 16, 2007

MAXINE M. CHESNEY
United States District Judge