**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VNUS MEDICAL TECHNOLOGIES, INC.,

    Plaintiff

  v.

DIOMED HOLDINGS, INC., et al.,

    Defendants

_____/

No. C 05-2972 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES**

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that plaintiff's Motion to Compel Defendants' Production of Documents and Responses to Interrogatories Related to Willful Infringement, filed March 7, 2007, and all further discovery disputes, are referred to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.[1]

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED**.

Dated: March 8, 2007

_____
MAXINE M. CHESNEY
United States District Judge

---

[1]The April 13, 2007 hearing noticed before the undersigned is VACATED.