HOWARD A. SLAVITT (State Bar # 172840)
JULIA D. GREER (State Bar # 200479)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile:  (415) 989-1663
E-mail:  has@cpdb.com
         jdg@cpdb.com

**[Counsel of record listed on last page]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br>         Plaintiff, <br><br>     vs. <br><br> DIOMED HOLDINGS, INC., DIOMED, INC., ANGIODYNAMICS, INC, and VASCULAR SOLUTIONS, INC. <br><br>         Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. C05-02972 MMC <br><br> ORDER APPROVING <br><br> **JOINT STIPULATION REGARDING EXTENSION OF DISCOVERY DATES** |

Scheduling difficulties, including a trial involving all three defendants that begins on March 12, 2007, have rendered impractical certain discovery deadlines in this case. The parties have conferred and respectfully request that the Pretrial Preparation Order (D.I. # 62) be amended to specify the following new discovery deadlines:

| | Original Date | New Date |
|---|---|---|
| Non-Expert Discovery Cutoff | April 13, 2007 | May 30, 2007 |
| Opening Expert Reports | May 11, 2007 | May 25, 2007 |
| Rebuttal Expert Reports | June 8, 2007 | June 15, 2007 |

The parties also agree that discovery timely noticed or otherwise requested by May 30, 2007 may be completed at a later date.

By and through the undersigned counsel, the parties move that the Court amend the Pretrial Preparation Order to reflect the schedule set forth above.

Respectfully submitted,

Dated: March 12, 2007

ATTORNEYS FOR PLAINTIFF
VNUS MEDICAL TECHNOLOGIES, INC.

 /s/ Suong T. Nguyen
Matthew B. Lehr (Bar No. 213139)
Suong T. Nguyen (Bar No. 237557)
Duane D. Nash (Bar No. 220785)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California 94025
650) 752-2000/ (650) 752-2111 (fax)
mlehr@dpw.com
nguyen@dpw.com
dnash@dpw.com

Dated: March 12, 2007

ATTORNEYS FOR DEFENDANT
ANGIODYNAMICS, INC.

/s/ William H. Bright, Jr.
William H. Bright, Jr.
Mark D. Giarratana
Eric E. Grondahl, Esq.
MCCARTER & ENGLISH, LLP
CityPlace I, 36th Floor
Hartford, CT 06103
(860) 275-6700/(860) 724-3397 (fax)
wbright@mccarter.com
mgiarratana@mccarter.com
egrondahl@mccarter.com

Dated: March 12, 2007

ATTORNEYS FOR DEFENDANTS
DIOMED HOLDINGS, INC. and DIOMED, INC.

/s/ Laura Topper
Michael A. Albert
Michael N. Rader
Laura Topper
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000; (617) 646-8646 (fax)
malbert@wolfgreenfield.com
ltopper@wolfgreenfield.com
mrader@wolfgreenfield.com

Dated: March 12, 2007

ATTORNEYS FOR DEFENDANT
VASCULAR SOLUTIONS, INC.

/s/ Heather D. Redmond
J. Thomas Vitt
Heather D. Redmond
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-6343/(612) 340-2868 (fax)
vitt.thomas@dorsey.com
redmond.heather@dorsey.com

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 13, 2007

_____
HON. MAXINE M. CHESNEY
Judge, United States District Court

12252.001.574842v1

3    JOINT STIPULATION REGARDING
EXTENSION OF DISCOVERY DATES –
CASE NO. C05-2972 MMC