John P. Bovich (SBN 150688)
email: jbovich@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269

William H. Bright (*admitted pro hac vice*)
email: wbright@mccarter.com
Mark D. Giarratana (*admitted pro hac vice*)
mgiarratana@mccarter.com
James F. DeDonato (*admitted pro hac vice*)
jdedonato@mccarter.com
MCCARTER & ENGLISH, LLP
CityPlace I, 36th Floor
Hartford, CT 06103
Telephone: 860.275.6700
Facsimile: 860.724.3397

Attorneys for Defendant
ANGIODYNAMICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DIOMED HOLDINGS, INC., DIOMED, INC., ANGIODYNAMICS, INC., AND VASCULAR SOLUTIONS, INC.,<br><br>Defendants. | No.: C 05-02972 MMC (JL)<br><br>XXXXXXXX **[PROPOSED] ORDER** XXXXXXX **GRANTING** DENYING **MOTION TO CONTINUE HEARING REGARDING PLAINTIFF'S MOTION TO COMPEL** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Defendants Diomed Holdings, Inc., Diomed, Inc., AngioDynamics, Inc. and Vascular Solutions, Inc. (collectively, "the Defendants") brought a motion pursuant to Civil Local Rule 6-3, seeking a continuance of the hearing on plaintiff VNUS Medical Technologies, Inc.'s motion to compel production of documents and responses to interrogatories, which is currently scheduled for April 18, 2007, for two weeks until May 2, 2007 and that the deadline for submission of Defendants' brief is April 11, 2007.

Having considered the motion papers and evidence submitted, the Motion to Continue Hearing is ~~GRANTED~~. DENIED.

~~The Court orders that the hearing on plaintiff VNUS Medical Technologies, Inc.'s motion to compel production of documents and responses to interrogatories is scheduled for May 2, 2007 at 9:30 a.m.~~

DATED: March 21, 2007.

By _____
James Larson
UNITED STATES MAGISTRATE JUDGE



IT IS SO ORDERED
Judge James Larson

No.: C 05-02972 MMC (JL) — 2 — DOCSSFO-12472139.1-JMITCHELL

[PROPOSED] ORDER GRANTING MOTION TO CONTINUE HEARING

ME1 6237368v.1