Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
Duane D. Nash (Bar No. 220785)
Chung G. Suh (Bar No. 244889)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Attorneys for Plaintiff
VNUS Medical Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIOMED HOLDINGS, INC., DIOMED INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC., <br><br> Defendant(s). | Case No.: C05-02972 MMC (JL) <br><br> [PROPOSED] STIPULATION REGARDING EXPERT DISCOVERY AND ORDER THEREON |

VNUS Medical Technologies, Inc., Diomed Holdings, Inc., Diomed, Inc., AngioDynamics, Inc., and Vascular Solutions, Inc. (each a "Party" and collectively the "Parties") anticipate that a number of experts will be preparing reports and testifying in this litigation. In order to efficiently manage expert discovery, the Parties agree as follows:

1. No drafts of expert reports need be produced.

2. Reasonably in advance of each expert's deposition, the expert will be required to produce to the opposing side copies of all documents and information that were used or relied upon in preparing the expert's final report. Documents not used or relied upon by the expert need not be produced.

3. Experts will be required to provide to the opposing side their hourly rate, their support staff's hourly rate, the total number of hours worked by the expert and each member of the expert's support staff, and the total amount of billings. No further detail concerning expert's fees needs to be provided to the opposing side.

4. Discovery or questioning of expert witnesses shall not extend to the production of documents, oral examination, or any other form of inquiry concerning:

    (a) drafts, notes, or other prior work product prepared in this case and abandoned (i.e., not being used or relied upon by the expert), or

    (b) communications to or from or in the presence of an attorney for the Party expecting to call the person as an expert witness, unless the person is relying upon the communication as part of the basis for his or her expert testimony.

5. The deposition of each expert shall not exceed seven (7) hours, exclusive of breaks.

6. Each expert will be compensated for the deposition by the Party taking the deposition by paying the expert's normal hourly rate for only the actual time the expert is being deposed.

7. Nothing in this Stipulation and Order shall be construed to limit the discovery or examination of expert witnesses concerning the basis for an expert's final opinions or the documents or other information used or relied upon in the course of the expert's work on this case.

8. Until such time as this Stipulation and Order has been signed by the Court, the

1  Parties agree that upon execution by all Parties, it will be treated as though it had been ordered by
2  the Court.
3        The Parties' assent to the entry of the foregoing Stipulation is hereby given by the Parties by
4  and through their attorneys.

5  Dated: April 13, 2007

ATTORNEYS FOR DEFENDANT
ANGIODYNAMICS, INC.

William H. Bright, Jr.
Mark D. Giarratana
Eric E. Grondahl
MCCARTER & ENGLISH, LLP
CityPlace I, 36th Floor
Hartford, CT 06103
(860) 275-6700/(860) 724-3397 (fax)
wbright@mccarter.com

13  Dated: April __, 2007

ATTORNEYS FOR DEFENDANTS
DIOMED HOLDINGS, INC. and DIOMED,
INC.

Michael A. Albert
Michael N. Rader
Laura Topper
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 720-3500/(617) 720-2441 (fax)
mrader@wolfgreenfield.com

21  Dated: April 11, 2007

ATTORNEYS FOR DEFENDANT
VASCULAR SOLUTIONS, INC.

J. Thomas Vitt
Heather D. Redmond
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-6343/(612) 340-2868 (fax)
redmond.heather@dorsey.com

[PROPOSED] STIPULATION REGARDING EXPERT DISCOVERY, C05-02972 MMC (JL)
3

| | |
|---|---|
| Dated: April 20, 2007 | ATTORNEYS FOR PLAINTIFF<br>VNUS MEDICAL TECHNOLOGIES, INC.<br><br>_/s/_<br>Matthew B. Lehr<br>Diem-Suong T. Nguyen<br>Duane D. Nash<br>Chung G. Suh<br>DAVIS POLK & WARDWELL<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>(650) 752-2000/(650) 752-2111 (fax)<br>suong.nguyen@dpw.com |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 24, 2007, 2007

_/s/ Maxine M. Chesney_
MAXINE M. CHESNEY
United States District Judge

[PROPOSED] STIPULATION REGARDING EXPERT DISCOVERY, C05-02972 MMC (JL)

TOTAL P.05