Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
Duane D. Nash (Bar No. 220785)
Chung G. Suh (Bar No. 244889)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Attorneys for Plaintiff
VNUS Medical Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIOMED HOLDINGS, INC., DIOMED INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC., <br><br> Defendant(s). | Case No.: C05-02972 MMC (JL) <br><br> [PROPOSED] ORDER AND STIPULATION REGARDING EXTENSION OF DISCOVERY DATES RELATED TO DAMAGES |

Scheduling difficulties have rendered impractical certain discovery deadlines in this case as it relates to damages. Given that an extension of discovery as it relates to damages will not affect any other deadlines set in this case, the parties have conferred and respectfully request that the Pretrial Preparation Order (D.I. #62), as amended by order dated March 13, 2007 (D.I. # 148), be further amended to specify the following new discovery deadlines:

| | Original Date | New Date |
|---|---|---|
| Plaintiff's Opening Expert Reports Related to Damages | May 25, 2007 | July 16, 2007 |
| Defendants' Rebuttal Expert Reports Related to Damages | June 15, 2007 | August 6, 2007 |
| Expert Discovery Cut-off Related to Damages | June 22, 2007 | August 13, 2007 |

By and through the undersigned counsel, the parties move that the Court amend its Pretrial Preparation Order to reflect the schedule set forth above.

Dated: April 27, 2007

ATTORNEYS FOR PLAINTIFF
VNUS MEDICAL TECHNOLOGIES, INC.

_____
Matthew B. Lehr
Diem-Suong T. Nguyen
Duane D. Nash
Chung G. Suh
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000/(650) 752-2111 (fax)
nguyen@dpw.com

Dated: April 26, 2007

ATTORNEYS FOR DEFENDANT
ANGIODYNAMICS, INC.

_____
William H. Bright, Jr.
Mark D. Giarratana
Eric E. Grondahl
MCCARTER & ENGLISH, LLP
CityPlace I, 36th Floor
Hartford, CT  06103
(860) 275-6700/(860) 724-3397 (fax)
wbright@mccarter.com

[PROPOSED] ORDER AND STIPULATION REGARDING EXTENSION
OF DISCOVERY DATES RELATED TO DAMAGES, C05-02972 MMC (JL)

2

Dated: April 27, 2007

ATTORNEYS FOR DEFENDANTS
DIOMED HOLDINGS, INC. and DIOMED, INC.

Michael A. Albert
Michael N. Rader
Laura Topper
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 720-3500/(617) 720-2441 (fax)
mrader@wolfgreenfield.com

Dated: April 27, 2007

ATTORNEYS FOR DEFENDANT
VASCULAR SOLUTIONS, INC.

J. Thomas Vitt
Heather D. Redmond
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-6343/(612) 340-2868 (fax)
redmond.heather@dorsey.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 30, 2007

MAXINE M. CHESNEY
United States District Judge

[PROPOSED] ORDER AND STIPULATION REGARDING EXTENSION
OF DISCOVERY DATES RELATED TO DAMAGES, C05-02972 MMC (JL)

3