Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
Chung G. Suh (Bar No. 244889)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

Attorneys for Plaintiff
VNUS Medical Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DIOMED HOLDINGS, INC., DIOMED INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC.,<br><br>Defendant(s). | Case No.:  C05-02972 MMC (JL)<br><br>**STIPULATION AND ORDER REGARDING DISCLOSURE AND DEPOSITION OF POTENTIAL TRIAL WITNESSES** |

In order to efficiently manage discovery, the parties in this case have conferred and respectfully request that the Court enter an order in accordance with the stipulation among the parties as follows:

1. On or before September 10, 2007, each Party will disclose to the opposing side all persons they intend to offer as witnesses in their case in chief at trial.  In addition, to the extent such witnesses were not identified in the Party's Initial Disclosures, the Party intending to call such witness will  promptly identify such witness as soon as known and, in any event, before September 10, 2007.  Except for witnesses offered in rebuttal to evidence offered by another party, the Parties will be barred from introducing testimony of witnesses not disclosed to the other side by September 10, 2007.

[PROPOSED] ORDER AND STIPULATION REGARDING DISCLOSURE
AND DEPOSITION OF POTENTIAL TRIAL WITNESSES, C05-02972 MMC (JL)
1

2. Each side shall be permitted to depose, no later than four weeks before the commencement of trial, any person identified as a potential trial witness by the opposing side, to the extent such individuals have not previously been deposed in this litigation.

By and through the undersigned counsel, the Parties move for entry of an order pursuant to the terms of this stipulation.

Dated:  May 25, 2007

ATTORNEYS FOR PLAINTIFF
VNUS MEDICAL TECHNOLOGIES, INC.

 /s/_____
Matthew B. Lehr
Diem-Suong T. Nguyen
Chung G. Suh
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000/(650) 752-2111 (fax)
nguyen@dpw.com

Dated:  May 25, 2007

ATTORNEYS FOR DEFENDANT
ANGIODYNAMICS, INC.

 /s/_____
William H. Bright, Jr.
Mark D. Giarratana
Eric E. Grondahl
MCCARTER & ENGLISH, LLP
CityPlace I, 36th Floor
Hartford, CT  06103
(860) 275-6700/(860) 724-3397 (fax)
wbright@mccarter.com

| | | |
|---|---|---|
| 1 | Dated:  May 25, 2007 | ATTORNEYS FOR DEFENDANTS DIOMED HOLDINGS, INC. and DIOMED, INC. |

                /s/_____
                Michael A. Albert
                Michael N. Rader
                Laura Topper
                WOLF, GREENFIELD & SACKS, P.C.
                600 Atlantic Avenue
                Boston, MA 02210
                (617) 720-3500/(617) 720-2441 (fax)
                mrader@wolfgreenfield.com

Dated:  May 25, 2007                ATTORNEYS FOR DEFENDANT
                                          VASCULAR SOLUTIONS, INC.

                /s/_____
                J. Thomas Vitt
                Heather D. Redmond
                DORSEY & WHITNEY LLP
                50 South Sixth Street, Suite 1500
                Minneapolis, MN 55402-1498
                (612) 340-6343/(612) 340-2868 (fax)
                redmond.heather@dorsey.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 29, 2007

                _____
                MAXINE M. CHESNEY
                United States District Judge

[PROPOSED] ORDER AND STIPULATION REGARDING DISCLOSURE
AND DEPOSITION OF POTENTIAL TRIAL WITNESSES, C05-02972 MMC (JL)

3