HOWARD A. SLAVITT (State Bar No. 172840)
RACHEL G. COHEN (State Bar No. 218929)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:  ef-has@cpdb.com,
        ef-jdg@cpdb.com

MICHAEL A. ALBERT (admitted pro hac vice)
MICHAEL N. RADER (admitted pro hac vice)
LAURA TOPPER (admitted pro hac vice)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
Telephone: 617.720.3500
Facsimile: 617.720.2441
Email:  malbert@greenfield.com
        mrader@greenfield.com
        ltopper@greenfield.com

Attorneys for Defendants

DIOMED HOLDINGS, INC. AND DIOMED, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIOMED HOLDINGS, INC., DIOMED, INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. C05-02972 MCC (JL) <br><br> **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION PURSUANT TO CIVIL L.R. 6-3 AND 7-11 TO SHORTEN TIME FOR THE COURT TO HEAR DEFENDANTS' MOTION TO EXTEND; AND** <br><br> **SHORTENING TIME BY ONE DAY FOR DEFENDANTS TO FILE REPLY** <br><br> Judge: Hon. Maxine M. Chesney |

[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME FOR MOTION TO EXTEND, CASE NO. C05-2972 MMC

1203871.1

1  Defendants have moved pursuant to Civil Local Rules 6-3 and 7-11 for an order shortening the time for the Court to hear Defendants' Motion to Extend Expert Discovery, Summary Judgment and Trial Dates (D.I. 184), filed on June 8, 2007.  Plaintiff does not oppose Defendants' motion.  Timely resolution of Defendants' motion will facilitate an orderly close of expert discovery and streamline the summary judgment process.

The Court grants Defendants' motion to shorten time.  Defendants' Motion to Extend will be heard on July 6, 2007 at 9:00 a.m.  The parties' papers shall be filed and served according to the following schedule:

- VNUS's opposition brief will be due no later than June 22, 2007, by 4:00 p.m.; and
- Defendants' reply brief will be due no later than Thursday, June 28, 2007 (rather than on June 29, 2007, as defendants requested in the instant motion to shorten time).

The parties are reminded of their obligation to provide chambers copies by noon the date after electronically filing any document.

IT IS SO ORDERED

Dated: June 14, 2007

_____
Hon. Maxine M. Chesney
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME FOR MOTION TO EXTEND, CASE NO. C05-2972 MMC

1203871.1