IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC.<br><br>　　　　Plaintiff<br>　v.<br>DIOMED HOLDINGS, INC., et al.,<br><br>　　　　Defendants | No. C-05-2972 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO EXTEND EXPERT DISCOVERY, SUMMARY JUDGMENT, AND TRIAL DATES; VACATING HEARING** |

　　　　Before the Court is defendants' "Motion to Extend Expert Discovery, Summary Judgment and Trial Dates," filed June 8, 2007.  Plaintiff has filed opposition, to which defendants have replied.  Having considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the papers, VACATES the hearing scheduled for July 6, 2007, and GRANTS in part and DENIES in part the motion.

　　　　Specifically, for the reasons stated by plaintiff, the motion is DENIED, with the exception that a limited extension of time to file dispositive motions is GRANTED.  Specifically, the Court extends the deadline to file dispositive motions from July 20, 2007 to August 10, 2007, and extends the hearing date on any such motion from September 7, 2007 to September 14, 2007.

　　　　**IT IS SO ORDERED.**

Dated: July 3, 2007

　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge