HOWARD A. SLAVITT (State Bar No. 172840)
RACHEL G. COHEN (State Bar No. 218929)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-has@cpdb.com,
         ef-jdg@cpdb.com

MICHAEL A. ALBERT (*admitted pro hac vice*)
MICHAEL N. RADER (*admitted pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
Telephone: 617.720.3500
Facsimile: 617.720.2441
Email: malbert@greenfield.com

Attorneys for Defendants DIOMED HOLDING,
INC. and DIOMED, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., | Case No. C05-02972 MCC (JL) |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING THE HEARING DATE FOR DISPOSITIVE MOTIONS** |
| v. | |
| DIOMED HOLDINGS, INC., DIOMED, INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC., | Judge:   Hon. Maxine M. Chesney |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

1  WHEREAS, in its July 3, 2007 Order granting in part and denying in part Defendants' motion to extend expert discovery, summary judgment, and trial dates, the Court extended the hearing date on dispositive motions in this matter from September 7, 2007 to September 14, 2007;

WHEREAS September 14, 2007 is the Jewish holiday of Rosh Hashanah and it would therefore be unreasonably burdensome or impossible for some of Defendants' counsel, including the two attorneys principally responsible for representing Diomed Holdings, Inc. and Diomed, Inc. ("Diomed") in this matter, to attend a hearing on that day;

WHEREAS, the Jewish holiday of Yom Kippur begins at sundown on the following Friday, September 21, 2007, and it would therefore also be unreasonably burdensome or impossible for some of Defendants' counsel, including the two attorneys principally responsible for representing Diomed in this matter, to attend a hearing that day as well;

WHEREAS, subject to the Court's availability, and as long as extending the hearing date on dispositive motions will not affect the October 29, 2007 trial date, Plaintiff and Defendants have mutually agreed to several alternative hearing dates, including: (a) if the Court is willing to make an exception to the general rule that all civil law and motion matters are calendared on Fridays, all counsel are available for a hearing on dispositive motions on Monday through Thursday, September 17-20; and, in the alternative, (b) all parties are also available on Friday, October 5, 2007.

WHEREAS, the deadline for filing dispositive motions will remain August 10, 2007, as set forth in the Court's July 3 Order;

WHEREAS, if the hearing date is moved to September 17-20, it will have no effect on the schedule for the case or the trial schedule because the hearing on dispositive motions would be continued for less than a week;

NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties by and through their counsel of record:

The hearing date on dispositive motions shall be extended from September 14, 2007 to one of September 17-20, or, in the alternative, October 5, 2007, subject to the Court's availability.

Respectfully submitted,

DATED: July 19, 2007          COBLENTZ, PATCH, DUFFY & BASS LLP

By: /s/ Howard A. Slavitt
    Howard A. Slavitt
    Attorneys for Defendants DIOMED HOLDING,
    INC. and DIOMED, INC.

DATED: July 19, 2007          MCCARTER & ENGLISH, LLP

By: /s/ Mark D. Giarratana
    William H. Bright, Jr.
    Mark D. Giarratana
    Eric E. Grondahl
    Attorneys for Defendant
    ANGIODYNAMICS, INC.

DATED: July 19, 2007          DORSEY & WHITNEY, LLP

By: /s/ Heather D. Redmond
    J. Thomas Vitt
    Heather D. Redmond
    Attorneys for Defendant
    VASCULAR SOLUTIONS, INC.

DATED: July 19, 2007          DAVIS POLK & WARDWELL

By: /s/ Suong T. Nguyen
    Matthew B. Lehr
    Suong T. Nguyen
    Attorneys for Plaintiff
    VNUS MEDICAL TECHNOLOGIES, INC.

**ORDER**

Based on the stipulation of the parties, the hearing date for dispositive motions is extended from September 14, 2007, to October 5, 2007.

The parties shall brief any dispositive motion as if the hearing date remained September 14, 2007, i.e., the deadline to file a dispositive motion remains August 10, 2007, the deadline to file any opposition remains August 24, 2007, and the deadline to file a reply remains August 31, 2007.

**IT IS SO ORDERED.**

DATED: July 30, 2007



MAXINE M. CHESNEY
United States District Judge