1  John P. Bovich (SBN 150688)
   email:  jbovich@reedsmith.com
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA  94111-3922
   Telephone:    415.543.8700
4  Facsimile:    415.391.8269

5  William H. Bright (*admitted pro hac vice*)
   email: wbright@mccarter.com
6  Mark D. Giarratana (*admitted pro hac vice*)
   mgiarratana@mccarter.com
7  Eric E. Grondahl (*admitted pro hac vice*)
   egrondahl@mccarter.com
8  James F. DeDonato (*admitted pro hac vice*)
   email:  jdedonato@mccarter.com
9  MCCARTER & ENGLISH, LLP
   CityPlace I, 36th Floor
10 Hartford, CT 06103
   Telephone:    860.275.6700
11 Facsimile:    860.724.3397

12 Attorneys for Defendant and Counterclaimant
   ANGIODYNAMICS, INC..

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIOMED HOLDINGS, INC., DIOMED, INC., ANGIODYNAMICS, INC., AND VASCULAR SOLUTIONS, INC., <br><br> Defendants. | No.: C 05-02972 MMC <br><br> **ORDER APPROVING JOINT STIPULATION FOR AN EXTENSION OF DISCOVERY DATES RELATED TO DAMAGES** <br><br> Honorable Maxine M. Chesney |

It is hereby stipulated and agreed, by and between undersigned counsel, that the Defendants shall have a one week extension to submit their rebuttal expert reports related to damages. The parties also stipulate and agree to a twenty-five (25) day extension of the expert cut-off discovery deadline related to damages. Given that an extension of discovery as it relates to damages will not affect any other deadlines set in this case, the parties have conferred and respectfully request that the Pretrial Preparation Order (D.I. # 62) be further amended to specify the following new discovery deadlines:

|  | Original Date | New Date |
|---|---|---|
| Defendants' Rebuttal Expert Reports Related to Damages | August 6, 2007 | August 13, 2007 |
| Expert Discovery Cut-off Related to Damages | August 13, 2007 | September 7, 2007 |

By and through the undersigned counsel, the parties move that the Court amend the Pretrial Preparation Order to reflect the schedule set forth above.

Respectfully submitted,

DATED: August 2, 2007.

    ATTORNEYS FOR PLAINTIFF VNUS MEDICAL TECHNOLOGIES, INC.

By:   /s/ Suong T. Nguyen
    Matthew B. Lehr (Bar No. 213139)
    Suong T. Nguyen (Bar No. 237557)
    Duane D. Nash (Bar No. 220785)
    DAVIS POLK & WARDWELL
    1600 El Camino Real
    Menlo Park, California 94025
    650) 752-2000/ (650) 752-2111 (fax)
    Email:   mlehr@dpw.com
              nguyen@dpw.com
               dnash@dpw.com

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DATED:  August 2, 2007.

        ATTORNEYS FOR DEFENDANT
        ANGIODYNAMICS, INC.

By:   /s/ James F. DeDonato
     William H. Bright, Jr.
     Mark D. Giarratana
     Eric E. Grondahl, Esq.
     James F. DeDonato
     MCCARTER & ENGLISH, LLP
     CityPlace I, 36th Floor
     Hartford, CT 06103
     (860) 275-6700/(860) 724-3397 (fax)
     Email:  wbright@mccarter.com
             mgiarratana@mccarter.com
             egrondahl@mccarter.com
             jdedonato@mccarter.com

DATED:  August 2, 2007.

        ATTORNEYS FOR DEFENDANT
        VASCULAR SOLUTIONS, INC.

By:   /s/ Heather D. Redmond
     J. Thomas Vitt
     Heather D. Redmond
     DORSEY & WHITNEY LLP
     50 South Sixth Street, Suite 1500
     Minneapolis, MN 55402-1498
     (612) 340-6343/(612) 340-2868 (fax)
     Email:  vitt.thomas@dorsey.com
             redmond.heather@dorsey.com

DATED:  August 2, 2007.

        ATTORNEYS FOR DEFENDANTS
        DIOMED HOLDINGS, INC. and
        DIOMED, INC.

By:   /s/ Michael N. Rader
     Michael A. Albert
     Michael N. Rader
     Laura Topper
     WOLF, GREENFIELD & SACKS, P.C.
     600 Atlantic Avenue
     Boston, MA 02210
     (617) 646-8000; (617) 646-8646 (fax)
     Email:  malbert@wolfgreenfield.com
             ltopper@wolfgreenfield.com
             mrader@wolfgreenfield.com

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: August 3, 2007

4

5  _____
   HONORABLE MAXINE M. CHESNEY
   Judge, United States District Court

6