HOWARD A. SLAVITT (State Bar # 172840)
RACHEL G. COHEN (State Bar # 218929)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
E-mail:  has@cpdb.com
         rgc@cpdb.com

MICHAEL A. ALBERT (admitted pro hac vice)
MICHAEL N. RADER (admitted pro hac vice)
LAURA TOPPER (admitted pro hac vice)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
Telephone: (617) 646-8000
Facsimile: (617) 646-8646
E-mail: malbert@wolfgreenfield.com

Attorneys for Defendants
DIOMED HOLDINGS, INC. AND DIOMED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>DIOMED HOLDINGS, INC., DIOMED, INC., ANGIODYNAMICS, INC, and VASCULAR SOLUTIONS, INC.<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C05-02972 MMC<br><br>**STIPULATION AND ORDER TO EXTEND THE HEARING DATE FOR VNUS's MOTION TO STRIKE EXPERT REBUTTAL REPORTS AND EXCLUDE TESTIMONY** |

12252.001.691942v1

WHEREAS, Plaintiff VNUS Medical Technologies, Inc. has filed a Motion to Strike the Rebuttal Expert Reports of Drs. R. Rox Anderson, J. Kevin McGraw, and Russell H. Samson, and to Exclude any Expert Testimony by Drs. Robert Min and Luis Navarro (D.I. 236, "Motion to Strike");

WHEREAS the Motion to Strike is currently set for hearing on September 14, 2007, which is the Jewish holiday of Rosh HaShanah, observed by several of Defendants' counsel;

WHEREAS the parties' summary judgment motions are currently set for hearing on October 5, 2007, this date having been set by the Court in lieu of the originally-scheduled September 14 hearing which likewise conflicted with the Rosh HaShanah holiday (D.I. 205);

WHEREAS for the convenience of counsel and the parties, Plaintiff and Defendants have mutually agreed that it is appropriate to extend the hearing on Plaintiff's Motion to Strike to October 5, 2007 as well;

NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties by and through their counsel of record:

The hearing date on Plaintiff's Motion to Strike (D.I. 236) shall be moved from September 14, 2007 to October 5, 2007.

12252.001.691942v1

- 2 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE HEARING DATE FOR MOTION TO STRIKE REBUTTAL REPORTS AND EXCLUDE TESTIMONY – CASE NO. C05-2972 MMC

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: September 5, 2007 | WOLF, GREENFIELD & SACKS, P.C. |
| | By: _____/s/_____<br>Michael A. Albert<br>Attorneys for Defendants<br>Diomed Holdings, Inc. and Diomed, Inc. |
| Dated: September 5, 2007 | MCCARTER & ENGLISH LLP |
| | By: _____/s/_____<br>William H. Bright<br>Attorneys for Defendant<br>AngioDynamics, Inc. |
| Dated: September 5, 2007 | DORSEY & WHITNEY LLP |
| | By: _____/s/_____<br>Heather D. Redmond<br>Attorneys for Defendant<br>Vascular Solutions, Inc. |
| Dated: September 5, 2007 | DAVIS POLK & WARDWELL |
| | By: _____/s/_____<br>Suong T. Nguyen<br>Attorneys for Plaintiff<br>VNUS Medical Technologies, Inc. |

### ORDER

Based on the stipulation of the parties, the hearing date for Plaintiff's Motion to Strike the Rebuttal Expert Reports of Drs. R. Rox Anderson, J. Kevin McGraw, and Russell H. Samson, and to Exclude any Expert Testimony by Drs. Robert Min and Luis Navarro (D.I. 236) is moved from September 14, 2007 to October 5, 2007.

**IT IS SO ORDERED.**
DATED: September 5, 2007

_____
MAXINE M. CHESNEY
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE HEARING DATE FOR MOTION TO STRIKE REBUTTAL REPORTS AND EXCLUDE TESTIMONY – CASE NO. C05-2972 MMC