1 Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
2 Duane D. Nash (Bar No. 220785)
Chung G. Suh (Bar No. 244889)
3 DAVIS POLK & WARDWELL
1600 El Camino Real
4 Menlo Park, California  94025
Telephone:  (650) 752-2000
5 Facsimile:   (650) 752-2111

6 Attorneys for Plaintiff
VNUS Medical Technologies, Inc.
7

8 UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11 

VNUS MEDICAL TECHNOLOGIES, INC.,

Plaintiff,

v.

DIOMED HOLDINGS, INC., DIOMED INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC.,

Defendants.

CASE NO. C05-02972 MMC (JL)

**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL DOCUMENTS OFFERED IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT; DIRECTIONS TO CLERK; DIRECTIONS TO PLAINTIFF**

**[CIVIL LOCAL RULES 7-11, 79-5(d)]**

Date:  October 5, 2007
Time:  9 a.m.
Judge: Hon. Maxine M. Chesney

21    In conjunction with Plaintiff VNUS Medical Technologies, Inc.'s Oppositions to

22 Defendants' Motions for Summary Judgment of Invalidity in this matter, Plaintiff filed a Joint

23 Stipulated Motion for Administrative Relief To File Documents Under Seal with respect to certain

24 documents designated "Confidential" and/or "Confidential – Attorneys' Eyes Only" pursuant to the

25 Stipulated Protective Order in this case.  Based upon this motion and the Declarations filed by the

26 respective parties pursuant to Civil Local Rule 79-5(d), and good cause appearing therefore,

27 Plaintiff's Joint Stipulated Motion for Administrative Relief To File Documents Under Seal is

28 GRANTED with respect to the following documents:

- Portions of Exhibits 2, 3, 14, and 21 to the Declaration of Suong T. Nguyen in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 112
- Designated portions of Plaintiff's Opposition to Defendants' Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 112
- Exhibits 11, 12, and 39 to the Declaration of Suong T. Nguyen in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§ 102-103
- Designated portions of Plaintiff's Opposition to Defendants' Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§ 102-103

The Clerk is DIRECTED to file under seal unredacted versions of the above-referenced documents.

With respect to the following documents, the motion is DENIED, for the reason no party has shown any basis to file said exhibits, or any portion thereof, under seal:

- Exhibits 7, 13, 16, and 30 to the Declaration of Suong T. Nguyen in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 112
- Exhibits 4, 5, 7, 19, 20, 23, 25, 30, 31, and 40 to the Declaration of Suong T. Nguyen in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§ 102-103

If plaintiff wishes the Court to consider such exhibits, plaintiff is hereby DIRECTED to file such exhibits in the public record no later than September 12, 2007.

IT IS SO ORDERED.

Dated: September 7, 2007

_____
Hon. Maxine M. Chesney
Judge, United States District Court