```
 1  Matthew B. Lehr (Bar No. 213139)
    Suong T. Nguyen (Bar No. 237557)
 2  Duane D. Nash (Bar No. 220785)
    Chung G. Suh (Bar No. 244889)
 3  DAVIS POLK & WARDWELL
    1600 El Camino Real
 4  Menlo Park, California  94025
    Telephone: (650) 752-2000
 5  Facsimile:  (650) 752-2111

 6  Attorneys for Plaintiff
    VNUS Medical Technologies, Inc.
 7
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIOMED HOLDINGS, INC., DIOMED INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC., <br><br> Defendants. | CASE NO. C05-02972 MMC (JL) <br><br> **ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK; DIRECTIONS TO DEFENDANTS** <br><br> **[CIV. LOCAL RULES 7-11, 79-5(d)]** |

After consideration of the Administrative Motion to File Documents Under Seal, filed August 24, 2007 by defendant AngioDynamics, Inc. on behalf of all parties, and the Declaration of Brian Farley, filed August 30, 2007 on behalf of plaintiff, the Court GRANTS the motion with respect to the following documents:

- Exhibits L-M to the Declaration of Heather Redmond in Support of the Joint Opposition of Defendants Vascular Solutions and AngioDynamics to Plaintiff's Motion for Summary Judgment on Patent Infringement

- Redacted portions of pages 3-4 of the Joint Opposition of Defendants Vascular Solutions and AngioDynamics to Plaintiff's Motion for Summary Judgment on Patent Infringement

The Court is DIRECTED to file under seal unredacted versions of the above-referenced documents.

1  The motion is DENIED to the extent defendants AngioDynamics, Inc. and Vascular Solutions, Inc. seek leave to file under seal Exhibits J, K, and N to the Declaration of Heather Redmond, and seek leave to redact material from page 20 of said defendants' Joint Opposition, in light of plaintiff having withdrawn its prior designation of confidentiality as to such material.  If defendants wish the Court to consider Exhibits J, K, and N, defendants are DIRECTED to file such exhibits in the public record, no later than September 12, 2007.  If defendants wish the Court to consider the entirety of page 20 of the Joint Opposition, defendants are DIRECTED to file a revised redacted version of the Joint Opposition, no later than September 12, 2007.

IT IS SO ORDERED.

Dated: September 7, 2007

_____
Hon. Maxine M. Chesney
Judge, United States District Court