IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC.<br><br>    Plaintiff<br><br>  v.<br><br>DIOMED HOLDINGS, INC., et al.,<br><br>    Defendants<br>_____/ | No. C-05-2972 MMC<br><br>**ORDER GRANTING IN PART, DENYING IN PART, AND DEFERRING IN PART RULING ON DIOMED'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO DIOMED; DIRECTIONS TO PLAINTIFF** |

    Before the Court is defendants Diomed Holdings, Inc. and Diomed, Inc.'s (collectively, "Diomed") motion for administrative relief to file documents under seal, filed August 24, 2007. Having reviewed the Declaration of Brian Farley, filed August 30, 2007 on behalf of plaintiff VNUS Medical Technologies, Inc. ("VNUS"), the Court rules as follows:

    1. Diomed's motion is hereby GRANTED in part, specifically, as to the following documents that VNUS has shown contain material properly filed under seal:

        a. Diomed's Opposition to VNUS's Motion for Summary Judgment on Patent Infringement; and

        b. Exhibits 2, 6, 7, 9, 10, 11, 13, 23, 24 to the Declaration of Charles T. Steenburg in Opposition to VNUS's Motion for Summary Judgment on Infringement.

//

2. With respect to Diomed's Opposition, only portions of pages 5, 7, and 23 are, for the reasons stated by VNUS, properly filed under seal. Accordingly, Diomed's motion is hereby DENIED to the extent Diomed seeks to file other portions of said document under seal. If Diomed wishes the Court to consider the entirety of its opposition, Diomed is DIRECTED to file in the public record all pages of said document, other than the portions of pages 5, 7, and 23 identified by VNUS as confidential, no later than September 12, 2007.

3. With respect to Exhibit 6 to the Steenburg Declaration, only pages 68 and 131 are, for the reasons stated by VNUS, properly filed under seal. Accordingly, Diomed's motion is hereby DENIED to the extent Diomed seeks to file other pages of said exhibit under seal. If Diomed wishes the Court to consider the entirety of Exhibit 6, Diomed is DIRECTED to file in the public record all pages of Exhibit 6, other than pages 68 and 131, no later than September 12, 2007.

4. With respect to Exhibit 24 to the Steenburg Declaration, only ¶ 6.2 on page 2 is, for the reasons stated by VNUS, properly filed under seal. Accordingly, Diomed's motion is hereby DENIED to the extent Diomed seeks to file other portions of said exhibit under seal. If Diomed wishes the Court to consider the entirety of Exhibit 24, Diomed is DIRECTED to file in the public record all pages of Exhibit 24, other than ¶ 6.2 on page 2, no later than September 12, 2007.

5. With respect to Exhibits 4 and 18 to the Steenburg Declaration, no party has asserted, let alone shown, that either such exhibit is properly filed under seal. Accordingly, Diomed's motion is hereby DENIED to the extent Diomed seeks to file said exhibits under seal. If Diomed wishes the Court to consider Exhibits 4 and 18, Diomed is DIRECTED to file them in the public record no later than September 12, 2007.

6. With respect to Exhibit 8 to the Steenburg Declaration, VNUS asserts that some portions thereof are properly filed under seal. VNUS, however, fails to identify the portions it asserts contain sealable material. Moreover, no such portion is readily apparent, and substantial portions of the exhibit clearly are not properly filed under seal. (See, e.g., Steenburg Decl. Ex. 8 at 20:11-25 (discussing witness's job title and identification of

individual to whom witness reported).[1]  "A sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law."  Civil L.R. 79-5(a).  "The request must be narrowly tailored to seek sealing only of sealable material."  Id.  Rather than directing Diomed to file Exhibit 8 in the public record, however, the Court hereby DEFERS ruling on Diomed's motion as it pertains to Exhibit 8 in order to afford VNUS the opportunity to file, no later than September 12, 2007, a supplemental declaration identifying, with specificity, the portions of Exhibit 8 that assertedly are privileged, protectable as a trade secret, or otherwise entitled to be filed under seal.

**IT IS SO ORDERED.**

Dated: September 7, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] This example is intended to be illustrative only.