United States District Court<br/>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., | No. C-05-2972 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANTS DIOMED HOLDING, INC. AND DIOMED, INC. TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| DIOMED HOLDINGS, INC., et al., | |
| Defendants / | |

On September 6, 2007, defendants Diomed Holdings, Inc. and Diomed, Inc. electronically filed a "Statement of Recent Decision in Support of Defendants' Motion for Summary Judgment of Invalidity under 35 U.S.C. § 112." Defendants have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Defendants are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Defendants are hereby advised that if they fail in the future to comply with the

1 Court's Standing Order to provide chambers copies of electronically-filed documents, the
2 Court may impose sanctions, including, but not limited to, striking from the record any
3 electronically-filed document of which a chambers copy has not been timely provided to the
4 Court.

5     **IT IS SO ORDERED.**

7 Dated: September 11, 2007

                                MAXINE M. CHESNEY
                                United States District Judge