HOWARD A. SLAVITT (State Bar # 172840)
RACHEL G. COHEN (State Bar # 218929)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
E-mail: has@cpdb.com
        rgc@cpdb.com


MICHAEL A. ALBERT (admitted pro hac vice)
MICHAEL N. RADER (admitted pro hac vice)
LAURA TOPPER (admitted pro hac vice)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
Telephone: (617) 720-3500
Facsimile: (617) 720-2441
E-mail: malbert@wolfgreenfield.com
        mrader@wolfgreenfield.com
        ltopper@wolfgreenfield.com

Attorneys for Defendants
DIOMED HOLDINGS, INC. AND DIOMED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIOMED HOLDINGS, INC., DIOMED, INC., ANGIODYNAMICS, INC, and VASCULAR SOLUTIONS, INC. <br><br> Defendants <br><br> AND RELATED COUNTERCLAIMS | Case No. C05-02972 MMC <br><br> **ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** <br><br> **[CIV. LOCAL RULES 7-11, 79-5]** <br><br> Judge: Hon. Maxine M. Chesney |

In conjunction with Defendants Diomed Holdings, Inc., and Diomed, Inc.'s ("Diomed") Reply in Support of Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§ 102-103, Diomed filed a Joint Motion for Administrative Relief To File Documents Under Seal with respect to certain documents designated "confidential" pursuant to the Stipulated Protective Order in this

12252.001.689557v1

1                                                                                   Case No. C05-02972 MMC

**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL**

case.  Based upon this motion and the Declaration filed by Plaintiff VNUS Medical Technologies, Inc. ("VNUS"), pursuant to Civil Local Rule 79-5(d), and good cause appearing therefore, Diomed's Joint Motion for Administrative Relief to File Documents Under Seal is GRANTED in part, specifically, the Clerk is directed to file under seal unredacted versions of the following documents:

- Exhibits KK, MM, and OO to the Declaration of Charles Steenburg in Support of Defendants' Reply in Support of Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§ 102-103; and

- Defendants' Reply in Support of Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§ 102-103.

With respect to Exhibit KK, only a portion of said exhibit is, for the reasons stated by VNUS, properly filed under seal.  Accordingly, Diomed's motion is DENIED to the extent Diomed seeks leave to file the entirety of Exhibit KK under seal.  If Diomed wishes the Court to consider the portion of Exhibit KK not designated as confidential by VNUS, specifically, any portion other than page 45:3-25, Diomed is DIRECTED to electronically file in the public record such portion(s) no later than September 25, 2007.

IT IS SO ORDERED.

Dated: September 20, 2007

_____
Hon. Maxine M. Chesney
Judge, United States District Court