HOWARD A. SLAVITT (State Bar # 172840)
JULIA D. GREER (State Bar # 200479)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile:  (415) 989-1663
E-mail:  has@cpdb.com
         Jdg@cpdb.com

MICHAEL A. ALBERT (admitted pro hac vice)
MICHAEL N. RADER (admitted pro hac vice)
LAURA TOPPER (admitted pro hac vice)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
Telephone:  (617) 646-8000
Facsimile:  (617) 646-8646
E-mail:  malbert@wolfgreenfield.com

Attorneys for Defendants

DIOMED HOLDINGS, INC AND DIOMED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIOMED HOLDINGS, INC., DIOMED, INC., ANGIODYNAMICS, INC, and VASCULAR SOLUTIONS, INC. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. C05-02972 MMC (JL) <br><br> **[PROPOSED]** ORDER DENYING PLAINTIFF'S MOTION PURSUANT TO CIVIL L.R. 6-3 TO SHORTEN TIME FOR THE COURT TO HEAR PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE EXPERT TRIAL TESTIMONY OF J. KEVIN MCGRAW ON OPINIONS NOT CONTAINED IN HIS EXPERT REPORT (D.I. # 342-344) <br><br> Judge:  Hon. Maxine M. Chesney |

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME FOR PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE MCGRAW TESTIMONY – CASE NO. C05-2972 MMC

1255169.1

1  Plaintiff VNUS Medical Technologies, Inc. ("VNUS") has moved pursuant to Civil Local
2  Rule 6-3 for an order shortening the time for the Court to hear Plaintiff s Motion In Limine To
3  Exclude Expert Trial Testimony of J. Kevin McGraw on Opinions Not Contained in His Expert
4  Report (D.I. # 342-344) (VNUS s Motion in Limine ) filed on September 13, 2007.  Good cause
5  having not been shown, VNUS's motion is denied.  Pursuant to the Court's Pretrial Preparation
6  Order of February 15, 2006, oppositions to motions in limine are due no later than five Court days
7  prior to the pretrial conference.  Diomed's opposition is therefore due no later than October 9,
8  2007.  The subject Motion in Limine will be heard at the scheduled Pretrial Conference.

IT IS SO ORDERED.

Dated: September 25, 2007

MAXINE M. CHESNEY
United States District Judge

[PROPOSED] ORDER DENYING PLAINTIFF'S
MOTION TO SHORTEN TIME FOR PLAINTIFF'S
MOTION IN LIMINE TO EXCLUDE MCGRAW
TESTIMONY -- CASE NO. C05-2972 MMC