HOWARD A. SLAVITT (State Bar # 172840)
JULIA D. GREER (State Bar # 200479)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile:  (415) 989-1663
E-mail: has@cpdb.com
         Jdg@cpdb.com


MICHAEL A. ALBERT (admitted pro hac vice)
MICHAEL N. RADER (admitted pro hac vice)
LAURA TOPPER (admitted pro hac vice)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
Telephone:  (617) 646-8000
Facsimile:   (617) 646-8646
E-mail:  malbert@wolfgreenfield.com

Attorneys for Defendants

DIOMED HOLDINGS, INC AND DIOMED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIOMED HOLDINGS, INC., DIOMED, INC., ANGIODYNAMICS, INC, and VASCULAR SOLUTIONS, INC. <br><br> Defendants. | Case No. C05-02972 MMC (JL) <br><br> [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 BY DEFENDANTS FOR LEAVE TO FILE SUPPLEMENTAL SUMMARY JUDGMENT MOTION <br><br> Trial Date:   October 29, 2007 <br> Time:         9:00 a.m. <br> Location: <br> Judge:        Hon. Maxine M. Chesney |
| AND RELATED COUNTERCLAIMS | |

i

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 BY DEFENDANTS FOR LEAVE TO FILE SUPPLEMENTAL SUMMARY JUDGMENT MOTION  – CASE NO. C05-2972 MMC

1255903.1

1  Before the Court is the Administrative Motion Pursuant to L.R. 7-11 filed by

2  Defendants Diomed Holdings, Inc., Diomed, Inc., AngioDynamics, Inc. and Vascular Solutions,

3  Inc. ( "Defendants") for Leave to File Supplemental Summary Judgment Motion on Willful

4  Infringement. Having considered the parties' submissions, the Court, for the reasons stated by

5  Defendants, hereby GRANTS the motion, and sets the following briefing schedule:

6

7

8  Defendants shall file the motion for summary judgment on willful infringement, not to exceed ten

9  pages, exclusive of exhibits, no later than ~~three Court days following this order~~ October 1, 2007.  VNUS shall file

10 its opposition brief, not to exceed ten pages, exclusive of exhibits, no later than Oct. 12, 2007.

11 Defendants may file a reply, not to exceed five pages, no later than Oct. 18, 2007. ~~The hearing

12 on the motion, if any, shall be held on October 16, 2007 as part of the previously-scheduled

13 pretrial conference~~.  As of October 18, 2007, the Court will take the motion under submission.

14

15

16 DATED: September 27, 2007

17                                                  _Maxine M. Chesney_
18                                                  MAXINE M. CHESNEY
19                                                  United States District Judge

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 BY DEFENDANTS FOR LEAVE TO FILE SUPPLEMENTAL SUMMARY JUDGMENT MOTION – CASE NO. C05-2972 MMC

1255903.1