IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC. | No. C-05-2972 MMC |
|     Plaintiff | **ORDER AFFORDING APPLICANT FOR ADMISSION PRO HAC VICE OPPORTUNITY TO SUPPLEMENT APPLICATION** |
|     v. | |
| DIOMED HOLDINGS, INC., et al., | |
|     Defendants                    / | |

    Before the Court is applicant Veronica Abreu's ("Abreu") application to appear pro hac vice on behalf of plaintiff, filed September 27, 2007.

    In her application, Abreu states she is a resident of California. The Civil Local Rules of this district provide that an applicant who resides in California is ineligible to appear pro hac vice, unless the applicant has resided in California for less than one year, has completed all required applications for admission to the State Bar of California, and has officially registered to take or is awaiting the results of the California State Bar examination. See Civil L.R. 7-11(b). In her application, Abreu states she qualifies for the exception because she has resided in California for less than one year. Abreu does not, however, state that she has completed all required applications for admission to the State Bar of California and has officially registered to take or is awaiting the results of the California State Bar examination. Consequently, Abreu has failed to show she falls within the

1 | exception.

2 | Accordingly, Abreu will be afforded leave to file, no later than October 12, 2007, a supplement to her application, advising the Court as to whether she has completed all required applications for admission to the State Bar of California and has officially registered to take or is awaiting the results of the California State Bar examination.

**IT IS SO ORDERED.**

Dated: October 1, 2007

MAXINE M. CHESNEY
United States District Judge