IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC. | No. C-05-2972 MMC |
| Plaintiff | **ORDER ADVANCING DEADLINE TO FILE SUPPLEMENTAL OPPOSITION** |
| v. | |
| DIOMED HOLDINGS, INC., et al., | |
| Defendants / | |

In its order filed October 2, 2007, addressing the parties' respective motions for summary judgment, the Court set October 19, 2007 as the deadline for plaintiff to file supplemental opposition to defendants' motion under §§ 102-103.

In light of the Pretrial Conference, scheduled for October 16, 2007, however, and the relative brevity of the supplemental opposition allowed with respect to the deferred issue, the Court hereby ADVANCES the deadline for the filing of said supplemental opposition to October 12, 2007.

**IT IS SO ORDERED.**

Dated: October 3, 2007

_____
MAXINE M. CHESNEY
United States District Judge