Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
Duane D. Nash (Bar No. 220785)
Chung G. Suh (Bar No. 244889)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

Attorneys for Plaintiff
VNUS Medical Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br>Plaintiff, <br><br>v. <br><br>DIOMED HOLDINGS, INC., DIOMED INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC., <br><br>Defendants. | CASE NO. C05-02972 MMC (JL) <br><br>**ORDER GRANTING JOINT STIPULATED MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** <br><br>**[CIVIL LOCAL RULES 7-11, 79-5(d)]** <br><br>Judge: The Honorable Maxine M. Chesney |

In conjunction with Plaintiff VNUS Medical Technologies, Inc.'s Opposition to Defendants' Administrative Motion Pursuant to L.R. 7-11 for Leave to File Summary Judgment Motion Subsequent to New Federal Circuit Case Law, Plaintiff filed a Joint Stipulated Motion for Administrative Relief To File Documents Under Seal with respect to certain documents designated "confidential" and/or "confidential – attorneys' eyes only" pursuant to the Stipulated Protective Order in this case.  Based upon this motion and the Declaration filed on behalf of Defendants Diomed Holdings, Inc. and Diomed, Inc. pursuant to Civil Local Rule 79-5(d), and good cause appearing therefore, Plaintiff's Joint Stipulated Motion for Administrative Relief To File Documents Under Seal is GRANTED with respect to the following documents:

- Exhibits 7 and 8 to the Declaration of Suong T. Nguyen in Support of Plaintiff's Opposition to Defendants' Administrative Motion Pursuant to L.R. 7-11 for Leave to File Summary Judgment Motion Subsequent to New Federal Circuit Case Law, dated September 25, 2007
- Designated portions of Plaintiff's Opposition to Defendants' Administrative Motion Pursuant to L.R. 7-11 for Leave to File Summary Judgment Motion Subsequent to New Federal Circuit Case Law, dated September 25, 2007

Accordingly, the Clerk is hereby DIRECTED to file under seal redacted versions of (1) Exhibits 7 and 8 to the Declaration of Suong T. Nguyen in Support of Plaintiff's Opposition to Defendants' Administrative Motion Pursuant to L.R. 7-11 for Leave to File Summary Judgment Motion Subsequent to New Federal Circuit Case Law; and (2) Plaintiff's Opposition to Defendants' Administrative Motion Pursuant to L.R. 7-11 for Leave to File Summary Judgment Motion Subsequent to New Federal Circuit Case Law.

IT IS SO ORDERED.

Dated: October 9, 2007

_____
Hon. Maxine M. Chesney
Judge, United States District Court