HOWARD A. SLAVITT (State Bar # 172840)
JULIA D. GREER (State Bar # 200479)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile:  (415) 989-1663
E-mail:  has@cpdb.com
         jdg@cpdb.com

MICHAEL A. ALBERT (admitted pro hac vice)
MICHAEL N. RADER (admitted pro hac vice)
LAURA TOPPER (admitted pro hac vice)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
Telephone:  (617) 720-3500
Facsimile:   (617) 720-2441
E-mail:  malbert@wolfgreenfield.com
         mrader@wolfgreenfield.com
         ltopper@wolfgreenfield.com

Attorneys for Defendants
DIOMED HOLDINGS, INC. AND DIOMED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DIOMED HOLDINGS, INC., DIOMED, INC., ANGIODYNAMICS, INC, and VASCULAR SOLUTIONS, INC.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C05-02972 MMC<br><br>**ORDER GRANTING JOINT STIPULATED MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (MOTION FOR SUMMARY JUDGMENT – NO WILLFUL INFRINGEMENT)**<br><br>**[CIV. LOCAL RULES 7-11, 79-5]**<br><br>Judge: Hon. Maxine M. Chesney<br>Ctrm:  7, 19th Floor |

In conjunction with Defendants' Notice and Motion For Summary Judgment of No Willful Infringement, the parties filed a Joint Stipulated Motion for Administrative Relief To File

12252.001.710764v1

1                                                                 Case No. C05-02972 MMC

**[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR ADMINISTRATIVE RELIEF
TO FILE DOCUMENTS UNDER SEAL (MOTION FOR SUMMARY JUDGMENT – NO WILLFUL INFRINGEMENT)**

1  Documents Under Seal with respect to certain documents designated "confidential" pursuant to the
2  Stipulated Protective Order in this case.  Based upon this motion and the Declaration filed October 1,
3  2007 on behalf of plaintiff pursuant to Civil Local Rule 79-5(d), and good cause appearing therefore,
4  the Joint Stipulated Motion for Administrative Relief to File Documents Under Seal is GRANTED,
5  and the Clerk is directed to file under seal unredacted versions of the following two documents:

- Defendants' Notice and Motion For Summary Judgment of No Willful Infringement; and
- Exhibit I to the Declaration of Charles Steenburg in Support of Defendants' Notice and Motion For Summary Judgment of No Willful Infringement.

IT IS SO ORDERED.

Dated: October 11, 2007

_____
Hon. Maxine M. Chesney
Judge, United States District Court

12252.001.710764v1