United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   VNUS MEDICAL TECHNOLOGIES, INC.           No. C-05-2972 MMC

12            Plaintiff                        **ORDER GRANTING IN PART AND
                                               DENYING IN PART JOINT STIPULATED
13        v.                                   MOTION FOR ADMINISTRATIVE RELIEF
                                               TO FILE DOCUMENTS UNDER SEAL
14   DIOMED HOLDINGS, INC., et al.,            (DEFENDANTS' MOTIONS IN LIMINE);
                                               DIRECTIONS TO DEFENDANTS**
15            Defendants

16   _____/

17

18        Before the Court is the parties' Joint Stipulated Motion for Administrative Relief to

19   File Documents Under Seal, filed October 1, 2007, by which defendants seek leave to file

20   under seal unredacted versions of two motions in limine and certain exhibits offered in

21   support thereof.  Having reviewed the Declaration of Mark Kertz, filed October 4, 2007 on

22   behalf of plaintiff, the Court rules as follows:

23        1.  The motion is GRANTED in part, specifically, as to the following documents that

24   plaintiff has shown contain material properly filed under seal:

25            a.  Defendants' Motion in Limine No. 4;

26            b.  Exhibit J to the Declaration of Charles T. Steenburg In Support of

27   Defendants' Motion in Limine No. 4; and

28            c.  Exhibit K to the Declaration of Charles T. Steenburg In Support of

Defendants' Motion in Limine No. 4.

2.  The motion is DENIED in part, specifically, with respect to the following documents, as to which plaintiff has withdrawn its prior designation of confidentiality, (see Kertz Decl. ¶¶ 4, 5):

    a.  Exhibit B to the Declaration of Charles T. Steenburg In Support of Defendants' Motion in Limine No. 4;

    b.  Exhibit L to the Declaration of Charles T. Steenburg In Support of Defendants' Motion in Limine No. 4;

    c.  Exhibit M to the Declaration of Charles T. Steenburg In Support of Defendants' Motion in Limine No. 4;

    d.  Defendants' Motion in Limine No. 7;

    e.  Exhibit C to the Declaration of Charles T. Steenburg In Support of Defendants' Motion in Limine No. 7; and

    f.  Exhibit D to the Declaration of Charles T. Steenburg In Support of Defendants' Motion in Limine No. 7.

3.  If defendants wish the Court to consider the six documents identified in the prior paragraph, defendants are DIRECTED to file them in the public record no later than October 15, 2007.

**IT IS SO ORDERED.**

Dated: October 11, 2007

MAXINE M. CHESNEY
United States District Judge

2