IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC.<br><br>    Plaintiff<br><br>  v.<br><br>DIOMED HOLDINGS, INC., et al.,<br><br>    Defendants<br>_____/ | No. C-05-2972 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT STIPULATED MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (DOCKET NO. 459)** |

      Before the Court is the parties' Joint Stipulated Motion for Administrative Relief to File Documents Under Seal, filed October 11, 2007, by which plaintiff seeks leave to file under seal unredacted versions of certain documents submitted in opposition to defendants' Motion in Limine No. 4. Having reviewed the parties' submissions in support of the motion, the Court rules as follows:

      1. The motion is GRANTED in part, specifically, as to the following documents that plaintiff has shown contain material properly filed under seal, (see Kertz Decl., filed October 11, 2007):

          a. Plaintiff's Opposition to Defendants' Motion in Limine No. 4; and

          b. Exhibits 9, 12-14, and 18-19 to the Declaration of Suong T. Nguyen in Support of Plaintiff's Opposition to Defendants' Motion in Limine No. 4.

2. The motion is DENIED in part, specifically, with respect to Exhibits 1-4 to the Declaration of Suong T. Nguyen in Support of Plaintiff's Opposition to Defendants' Motion in Limine No. 4, because defendants have not, within the time provided by Civil Local Rule 79-5(d), submitted a supporting declaration; the Clerk is directed to file said exhibits in the public record.

**IT IS SO ORDERED.**

Dated: October 23, 2007

MAXINE M. CHESNEY
United States District Judge