HOWARD A. SLAVITT (State Bar # 172840)
RACHEL G. COHEN (State Bar # 218929)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
E-mail: has@cpdb.com
        rgc@cpdb.com

MICHAEL A. ALBERT (admitted pro hac vice)
MICHAEL N. RADER (admitted pro hac vice)
LAURA TOPPER (admitted pro hac vice)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
Telephone: (617) 646-8000
Facsimile: (617) 646-8646
E-mail: malbert@wolfgreenfield.com

Attorneys for Defendants
DIOMED HOLDINGS, INC. AND DIOMED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DIOMED HOLDINGS, INC., DIOMED, INC., ANGIODYNAMICS, INC, and VASCULAR SOLUTIONS, INC.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C05-02972 MMC<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL  (Docket No. 516)<br><br>[CIV. LOCAL RULES 7-11, 79-5(d)]<br><br>Date: October 16, 2007<br>Time: 1 p.m.<br>Judge: Hon. Maxine M. Chesney |

[PROPOSED] ORDER GRANTING MOTION TO SEAL – CASE NO. C05-2972 MMC

1267835.11267835.1

1   After consideration of the Notice of Motion and Joint Stipulated Motion for Administrative Relief to File Documents Under Seal dated October 10, 2007 (D.I. 516) and the Declaration of David B. Swank Pursuant to Civil L.R. 79-5(d) in support of such motion, and good cause appearing ~~thereto~~, the Joint Motion for Administrative Relief to File Documents Under Seal is GRANTED with respect to the following documents:

- Page 4, lines 27-28 of VNUS Medical Technologies, Inc.'s Supplemental Opposition to Defendants' Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§ 102-103, filed October 10, 2007; and

- Exhibit 5 to the Declaration of Suong T. Nguyen in Support of VNUS Medical Technologies, Inc.'s Supplemental Opposition to Defendants' Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§ 102-103, filed October 10, 2007.

IT IS SO ORDERED

Dated: _October 24_____ 2007



Hon. Maxine M. Chesney

[PROPOSED] ORDER GRANTING MOTION TO SEAL – CASE NO. C05-2972 MMC

1267835.11267835.1