Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
Chung G. Suh (Bar No. 244889)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

Attorneys for Plaintiff
VNUS Medical Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIOMED HOLDINGS, INC., DIOMED INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC., <br><br> Defendant(s). | Case No.: C05-02972 MMC (JL) <br><br> [~~PROPOSED~~] ORDER AND STIPULATION NULLIFYING THE LETTER OF REQUEST FOR THE DEPOSITION OF DR. CARLOS BONE-SALAT |

Pursuant to this Court's Order Granting Plaintiff's Motion for Issuance of Letter of Request dated February 16, 2007 (D.I. 140), Plaintiff VNUS Medical Technologies, Inc. provided the original signed Letter of Request for the testimony of Dr. Carlos Boné-Salat to the Judicial Authority of the Kingdom of Spain.  By notice, a true and correct copy of which is attached hereto as Exhibit A, the local authority in Mallorca directed Dr. Boné-Salat to appear for deposition on October 29, 2007.

Prior to receiving such notice, Dr. Boné-Salat appeared for deposition in New York on September 30, 2007 pursuant to the parties' agreement regarding the disclosure and deposition of potential trial witnesses, thereby obviating the need for his deposition in Mallorca.  Accordingly, the parties request that the Court nullify the original Letter of Request by affixing the seal of the

Court to this Order and forwarding it to counsel for Plaintiff, who will provide the Order to the Judicial Authority of the Kingdom of Spain.

                Respectfully submitted,

Dated: October 22, 2007        ATTORNEYS FOR PLAINTIFF
                       VNUS MEDICAL TECHNOLOGIES, INC.

                       _____/s/_____
                       Matthew B. Lehr
                       Diem-Suong T. Nguyen
                       Chung G. Suh
                       DAVIS POLK & WARDWELL
                       1600 El Camino Real
                       Menlo Park, CA 94025
                       (650) 752-2000/(650) 752-2111 (fax)
                       nguyen@dpw.com

Dated: October 22, 2007       ATTORNEYS FOR DEFENDANT
                       ANGIODYNAMICS, INC.

                       _____/s/_____
                       William H. Bright, Jr.
                       Mark D. Giarratana
                       Eric E. Grondahl
                       MCCARTER & ENGLISH, LLP
                       CityPlace I, 36th Floor
                       Hartford, CT 06103
                       (860) 275-6700/(860) 724-3397 (fax)
                       wbright@mccarter.com

Dated: October 22, 2007       ATTORNEYS FOR DEFENDANTS
                       DIOMED HOLDINGS, INC. and DIOMED, INC.

                       _____/s/_____
                       Michael A. Albert
                       Michael N. Rader
                       Laura Topper
                       WOLF, GREENFIELD & SACKS, P.C.
                       600 Atlantic Avenue
                       Boston, MA 02210
                       (617) 720-3500/(617) 720-2441 (fax)
                       mrader@wolfgreenfield.com

| | |
|---|---|
| Dated: October 22, 2007 | ATTORNEYS FOR DEFENDANT<br>VASCULAR SOLUTIONS, INC.<br><br>_____/s/_____<br>J. Thomas Vitt<br>Heather D. Redmond<br>DORSEY & WHITNEY LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-1498<br>(612) 340-6343/(612) 340-2868 (fax)<br>redmond.heather@dorsey.com |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __October 24__, 2007

_____[signature]_____
MAXINE M. CHESNEY
United States District Judge

3
[PROPOSED] ORDER AND STIPULATION NULLIFYING THE LETTER OF REQUEST
FOR THE DEPOSITION OF DR. CARLOS BONE-SALAT – C05-02972 MMC (JL)

# EXHIBIT A



ADMINISTRACION
DE JUSTICIA

**JUZGADO DE 1ª INSTANCIA Nº 18**
PALMA DE MALLORCA
C/ TRAVESSA D'EN BALLESTER, Nº 20, 4ª PLANTA 07071

1260K
N.I.G.: 07040 1 0005609 /2007
**Procedimiento:** EXHORTO 9 /2007

CARTA SUPLICATORIA DE ASISTENCIA JUDICIAL INTERNACIONAL EN CONFORMIDAD CON LA CONVENCIÓN DE LA HAYA DEL 18 DE MARZO DE 1970 RELATIVO A LA OBTENCIÓN DE PRUEBAS EN EL EXTRANJERO EN MATERIA CIVIL O MERCANTIL
TRIBUNAL DE PRIMERA INSTANCIA DE LOS ESTADOS UNIDOS
PARA EL DISTRITO NORTE DE CALIFORNIA
Causa No. C05-02972 MMC

### CEDULA DE CITACIÓN PARTICIPA CAMBIO DE SEÑALAMIENTO

Por resolución dictada el 31 de julio pasado en el asunto referenciado (se adjunta copia) se ha acordado suspender la actuación señalada para el día 13 de diciembre de 2.007 a las 10'00 horas y para la cual estaba Vd. citado.

La misma resolución ha señalado nuevamente, para la celebración de la referida actuación el día **29 de octubre de 2.007 a las 10'00** horas, manteniéndose el lugar y demás prevenciones.

En PALMA DE MALLORCA, a cuatro de octubre de dos mil siete.

EL SECRETARIO JUDICIAL



Dr. CARLOS BONE SALAT
C/ BARON DE PINOPAR nº 7, 3º
(Centro de enfermedades de venas)
07012 PALMA DE MALLORCA

1



**ADMINISTRACION DE JUSTICIA**

**JUZGADO DE 1ª INSTANCIA Nº 18**
PALMA DE MALLORCA
C/ TRAVESSA D'EN BALLESTER, Nº 20, 4ª PLANTA 07071

C211A
N.I.G.: 07040 1 0005609 /2007
**Procedimiento**: EXHORTO 9 /2007

CARTA SUPLICATORIA DE ASISTENCIA JUDICIAL INTERNACIONAL EN CONFORMIDAD CON LA CONVENCIÓN DE LA HAYA DEL 18 DE MARZO DE 1970 RELATIVO A LA OBTENCIÓN DE PRUEBAS EN EL EXTRANJERO EN MATERIA CIVIL O MERCANTIL
TRIBUNAL DE PRIMERA INSTANCIA DE LOS ESTADOS UNIDOS
PARA EL DISTRITO NORTE DE CALIFORNIA
Causa No. C05-02972 MMC


**P R O V I D E N C I A**

Ilma. Sra. Magistrado-Juez
Dª MARIA DEL PILAR CABALLERO REQUERO

En PALMA DE MALLORCA, a treinta y uno de julio de dos mil siete.

Dada cuenta, recibido el anterior escrito de DAVIS POLK & WARDWELL, únase a los autos de su razón.

Conforme a lo solicitado, se deja sin efecto el señalamiento de vista que venía acordado para el próximo día 13 de diciembre de 2.007 a las 10'00 horas, señalándose nuevamente para su celebración el día **29 de octubre de 2.007 a las 10'00** horas.

Comuníquese inmediatamente a las partes y a quienes, en su caso, hubieran sido citados judicialmente.

Contra la presente resolución cabe interponer recurso de reposición en el plazo de cinco días a partir del siguiente al de su notificación.

Así lo manda y firma S.Sª.; de lo que doy fe.

    LA MAGISTRADO-JUEZ                                    EL SECRETARIO



1

# DAVIS POLK & WARDWELL

1600 EL CAMINO REAL
MENLO PARK, CA 94025
650 752 2000
FAX 650 752 2111

NEW YORK
WASHINGTON, D.C.
LONDON
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

E. LOCKWOOD
752 2066
ood@dpw.com

ESCRITO PRESENTADO

1 8 JUL 2007

Juzgado de Primera Instancia nº 18
Palma de Mallorca

11 de julio de 2007

Procedimiento: EXHORTO 9 /2007

JUZGADO DE PRIMERA INSTANCIA Nº 18
PALMA DE MALLORCA
C/ Travessa d'en Ballester, 20
4ª Planta
07071 Palma de Mallorca
SPAIN

AL JUZGADO DE 1ª INSTANCIA Nº18 DE PALMA DE MALLORCA:

DAVIS POLK & WARDWELL en nombre de VNUS MEDICAL TECHNOLOGIES, Inc., ante el Juzgado comparece y como mejor procede en derecho dice,

Que por medio del presente escrito vengo a manifestar que a través de la carta suplicatoria de asistencia judicial internacional en conformidad con la Convención de la Haya del 18 de Marzo de 1970 relativa a la obtención de pruebas en el extranjero en materia civil o mercantil, se solicitó a este Juzgado una suplicatoria de asistencia judicial para la obtención de pruebas por parte de la Honorable Juez Maxine M. Chesney, Juez de 1ª Instancia de los Estados Unidos para el Distrito Norte de California, 450 Golden Gate Avenue, San Francisco, 94102 California, por la que se solicitaba la declaración del Dr. CARLOS BONE SALAT en orden a esclarecer los hechos que han suscitado la demanda interpuesta por VNUS MEDICAL TECHNOLOGIES, Inc. a Diomed Holdings, Inc. por vulneración de patentes.

Pues bien, se agradece al Juzgado que haya considerado afirmativamente esta petición, si bien me veo en la obligación de solicitar un adelantamiento de la fecha impuesta por su Señoría, esta es 13/12/2007, puesto que para cuando ese día llegue, el procedimiento en Estados Unidos habrá finalizado, y el testimonio por tanto no será de gran ayuda.

                              2                    11 de julio de 2007

    El Juicio en California, ha sido señalado para el 29 de Octubre de 2007, con una duración estimada de 4 a 6 semanas; adjunto a este escrito la documentación que prueba este extremo. Es por esto que considero necesario, que se tome declaración al Dr. Boné Salat con anterioridad a estas fechas, es decir en Agosto o Septiembre, de esta manera se verá salvaguardado el derecho a la defensa de mi cliente.

    El Dr. Boné es un testigo fundamental en este proceso puesto que al parte demandada basa su defensa, en trabajos que según esa parte se realizaron con anterioridad a las patentes interpuestas por mi cliente y que por tanto restarían validez a las mismas. Por eso considero necesario, al toma de declaración previa al Juicio.

    Por todo ello,

    SOLICITO AL JUZGADO, que tenga por presentado este escrito, se sirva admitirlo, y fije fecha para tomar declaración al Dr. Carlos Boné Salat lo antes posible.

                                          Atentamente le saluda,

                                          Stephanie E. Lockwood