Matthew B. Lehr (Bar No. 213139)
Suong T. Nguyen (Bar No. 237557)
Duane D. Nash (Bar No. 220785)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

Attorneys for Plaintiff
VNUS Medical Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., | CASE NO. C05-02972 MMC (JL) |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATED MOTION FOR ADMINISTRATIVE RELIEF TO WITHDRAW DOCUMENTS** |
| v. | |
| DIOMED HOLDINGS, INC., DIOMED INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC., | **[CIV. LOCAL RULES 7-11, 79-5(d)]** |
| | Judge: Hon. Maxine M. Chesney |
| Defendants. | |

After consideration of the Joint Stipulated Motion for Administrative Relief to Withdraw Documents, dated October 23, 2007, and good cause appearing thereto, the Joint Stipulated Motion is GRANTED with respect to the Docket Entry Nos. 556 through 563.

IT IS SO ORDERED

Dated:  October 29          2007

_____
Hon. Maxine M. Chesney
Judge, United States District Court

[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR
ADMINISTRATIVE RELIEF TO WITHDRAW DOCUMENTS, CASE NO. 05-02972 MMC (JL)