United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, | No. C-05-2972 MMC (EDL) |
| Plaintiff, | **ORDER FOLLOWING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| DIOMED HOLDINGS, et al., | |
| Defendants. | |

Following the Further Settlement Conference held on October 25, 2007, no later than November 8, 2007, the CEOs of Vnus Medical Technologies and Diomed Holdings shall confer by telephone or, in person, lead counsel for Vnus Technologies and AngioDynamics shall confer by telephone or, in person, and lead counsel for Vnus Technologies and Vascular Solutions shall confer by telephone or, in person, all as directed by the court. No later than November 15, 2007, lead counsel for each party shall update Magistrate Judge Laporte on the status of the settlement discussions. Counsel may contact the courtroom deputy at (415) 522-3694.

**IT IS SO ORDERED.**

Dated:   October 30, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge