IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC. | No. C-05-2972 MMC |
| Plaintiff | **DIRECTIONS TO CLERK** |
| v. | |
| DIOMED HOLDINGS, INC., DIOMED, INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC., | |
| Defendants / | |

On October 22, 2007, plaintiff VNUS Medical Technologies, Inc., on behalf of all parties, filed a "Joint Stipulated Motion for Administrative Relief to File Documents Under Seal," and, in connection therewith, submitted an unredacted version of the "Declaration of Duane D. Nash in Further Support of Plaintiff's Opposition to Defendants' Motion in Limine No. 6." On October 29, 2007, the Court granted the parties' joint motion to withdraw certain documents plaintiff had filed on October 22, 2007, including the above-referenced motion to seal. As a result, the above-referenced motion to seal has been withdrawn.

Accordingly, with respect to the unredacted version of the Nash Declaration, the Clerk is hereby DIRECTED to follow the procedure set forth in Civil Local Rule 79-5(e).

**IT IS SO ORDERED**

Dated: November 2, 2007

MAXINE M. CHESNEY
United States District Judge