John P. Bovich
REED SMITH, LLP
Two Embarcadero Center
San Francisco, CA 94111
(415) 659-5926
(415) 391-8269 (fax)
Email: jbovich@reedsmith.com

William H. Bright, Jr. (admitted *pro hac vice*)
Mark D. Giarratana (admitted *pro hac vice*)
MCCARTER & ENGLISH, LLP
CityPlace I, 36th Floor
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
Email: wbright@mccarter.com
       mgiarratana@mccarter.com

**Attorneys for Defendant and Counterclaimant
ANGIODYNAMICS, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>DIOMED HOLDINGS, INC., DIOMED, INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. C 05-02972 MMC (JL)<br><br>**MOTION TO WITHDRAW APPEARANCE**<br>AND ORDER THEREON<br><br>Judge: Hon. Maxine M. Chesney |

No.: C 05-2972 (MMC) — 1 —

DECLARATION OF ERIC E. GRONDAHL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

ME1 7177416v.1

Pursuant to Local Rule 11-5, the undersigned hereby moves to withdraw his Appearance on behalf of defendant and counterclaimant AngioDynamics, Inc. In support of this motion the undersigned represents as follows:

1. I have been appointed as a judge of the Connecticut Superior Court and expect to take the oath of office on March 5, 2008. As a result, I will not be permitted to continue in the practice of law as of that date.

2. AngioDynamics is still represented in this matter by Attorneys Giarratana and Grondahl of McCarter & English and Attorney John Bovich of the Reed Smith law firm.

3. AngioDynamics is aware of my appointment and the need for me to withdraw from this matter.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

February 29, 2008

By  /s/ William H. Bright, Jr.
William H. Bright, Jr.
wbright@mccarter.com
McCARTER & ENGLISH, LLP
185 Asylum Street, CityPlace I
Hartford, CT 06103
Phone: (860) 275-6700

Dated: February 29, 2008



IT IS SO ORDERED
Judge Maxine M. Chesney

No.: C 05-2972 (MMC) — 2 —
DECLARATION OF ERIC E. GRONDAHL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
ME1 7177416v.1