IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC.<br><br>    Plaintiff<br>  v.<br><br>DIOMED HOLDINGS, INC., DIOMED, INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC.,<br><br>    Defendants | No. C-05-2972 MMC<br><br>**ORDER DIRECTING PARTIES TO MEET; RE-REFERRING MATTER TO MAGISTRATE JUDGE LAPORTE FOR FURTHER SETTLEMENT CONFERENCE** |

On May 1, 2008, the Court conducted a telephonic status conference with the remaining parties to the above-titled action.[1] For the reasons expressed at said conference, the Court hereby rules as follows:

1. No later than May 16, 2008, the respective Chief Executive Officers of the remaining parties shall meet in person to discuss settlement.

2. The matter is re-referred to Magistrate Judge Elizabeth D. Laporte for purposes of conducting a further settlement conference. Counsel for Vascular Solutions, Inc. shall, no later than May 2, 2008, contact Magistrate Judge Laporte for purposes of scheduling the conference.

**IT IS SO ORDERED**

Dated: May 1, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] Plaintiff's claims against Diomed Holdings, Inc. and Diomed, Inc. are no longer before the Court, such claims having been automatically stayed in light of said defendants' having filed for bankruptcy protection.