UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VNUS MEDICAL TECHNOLOGIES INC.,

       Plaintiff,

       v.

ANGIODYNAMICS, INC., and
VASCULAR SOLUTIONS,

       Defendants.
_____/

No. C 05-02972 MMC (EDL)

NOTICE AND ORDER SETTING
FURTHER SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **June 4, 2008**, at 9:30 a.m., Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

**Updated confidential settlement conference statements shall be lodged with the Court by May 27, 2008.**

All other provisions of this Court's original Notice and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Laporte's Courtroom Deputy **immediately** at (415) 522-3694 if this case settles prior to the date set for further settlement conference.

Dated: May 6, 2008

                                                 _____
                                                 ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge