1  John P. Bovich (SBN 150688)
   REED SMITH, LLP
2  Two Embarcadero Center
   San Francisco, CA  94111
3  (415) 543-8700
   (415) 391-8269 (fax)
4  Email: jbovich@reedsmith.com

5  William J. Heller (admitted *pro hac vice*)
   Mark D. Giarratana (admitted *pro hac vice*)
6  MCCARTER & ENGLISH, LLP
   CityPlace I, 36th Floor
7  Hartford, CT  06103
   (860) 275-6700
8  (860) 724-3397 (fax)
   Email: wheller@mccarter.com
9         mgiarratana@mccarter.com

10 **Attorneys for Defendant and Counterclaimant**
   **ANGIODYNAMICS, INC.**
11
   (additional counsel on signature page)

12              UNITED STATES DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15 
   VNUS MEDICAL TECHNOLOGIES, INC.,        )  CASE NO. C05-02972 MMC (JL)
16                                          )
              Plaintiff,                    )
17                                          )  **STIPULATION AND [PROPOSED]**
         v.                                 )  **ORDER VACATING HEARING DATE**
18                                          )  **FOR DEFENDANTS VASCULAR**
   DIOMED HOLDINGS, INC., DIOMED            )  **SOLUTIONS, INC. AND**
19 INC., ANGIODYNAMICS, INC., and           )  **ANGIODYNAMICS, INC'S MOTION TO**
   VASCULAR SOLUTIONS, INC.,                )  **CONTINUE TRIAL DATE**; ORDER
20                                          )  VACATING PRETRIAL CONFERENCE
              Defendants.                   )  AND TRIAL DATES
21                                          )  Hearing Date:  June 6, 2008
                                            )  Time:          9:00 a.m.
22                                          )  Judge:         Hon. Maxine M. Chesney
                                            )
23 

24      Plaintiff VNUS Medical Technologies, Inc. and Defendants Vascular Solutions, Inc. ("VSI")

25 and AngioDynamics, Inc. ("AngioDynamics"), having settled this matter and being in the process of

26 finalizing the settlement, hereby stipulate, by and through their respective counsel, that the June 6,

27 2008 hearing date currently scheduled for VSI and AngioDynamics' Motion to Continue Trial Date

28

(D.I. # 623) shall be adjourned indefinitely.  The parties expect to file a Stipulation of Dismissal of Defendants VSI and AngioDynamics shortly upon finalizing the settlement.

| | |
|---|---|
| Dated: June 5, 2008 | ATTORNEYS FOR PLAINTIFF<br>VNUS MEDICAL TECHNOLOGIES, INC.<br><br>  /s/ Matthew B. Lehr  <br>Matthew B. Lehr (Bar No. 213139)<br>Diem-Suong T. Nguyen (Bar No. 237557)<br>DAVIS POLK & WARDWELL<br>1600 El Camino Real<br>Menlo Park, CA  94025<br>(650) 752-2000/(650) 752-2111 (fax)<br>mlehr@dpw.com<br>nguyen@dpw.com |
| Dated:  June 5, 2008 | ATTORNEYS FOR DEFENDANT<br>ANGIODYNAMICS, INC.<br><br>  /s/ William J. Heller  <br>William J. Heller (pro hac vice)<br>Mark D. Giarratana (pro hac vice)<br>MCCARTER & ENGLISH, LLP<br>CityPlace I, 36th Floor<br>Hartford, CT  06103<br>(860) 275-6700/(860) 724-3397 (fax)<br>wbright@mccarter.com<br>mgiarratana@mccarter.com |
| Dated:  June 5, 2008 | ATTORNEYS FOR DEFENDANT<br>VASCULAR SOLUTIONS, INC.<br><br>  /s/ J. Thomas Vitt  <br>J. Thomas Vitt (pro hac vice)<br>Heather D. Redmond (pro hac vice)<br>DORSEY & WHITNEY LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN  55402-1498<br>(612) 340-6343/(612) 340-2868 (fax)<br>thomas.vitt@dorsey.com<br>redmond.heather@dorsey.com |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**   Further, the June 10, 2008 Pretrial Conference and June 23, 2008 trial dates are hereby VACATED.  If a dismissal has not been filed by June 20, 2008, the parties shall, on that date, file a joint status report.

~~Dated: _____, 2008~~

Dated: June 5, 2008

_/s/ Maxine M. Chesney_
MAXINE M. CHESNEY
United States District Judge