Matthew B. Lehr (Bar No. 213139)
Suong T. Nguyen (Bar No. 237557)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Attorneys for Plaintiff
VNUS Medical Technologies, Inc.

(additional counsel on signature page)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br>Plaintiff, <br><br>v. <br><br>DIOMED HOLDINGS, INC., DIOMED INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC., <br><br>Defendants. | CASE NO. C05-02972 MMC (JL) <br><br>[PROPOSED] ORDER AND JOINT STIPULATION OF DISMISSAL OF DEFENDANTS ANGIODYNAMICS, INC. AND VASCULAR SOLUTIONS, INC. <br><br>Trial Date: June 23, 2008 <br>Time: 9 a.m. <br>Judge: Hon. Maxine M. Chesney |

The parties hereby stipulate, by and through their respective counsel, that defendants AngioDynamics, Inc. and Vascular Solutions, Inc. be dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties further stipulate to the dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(c), of the counterclaims asserted by defendants AngioDynamics, Inc. and Vascular Solutions, Inc. against plaintiff VNUS Medical Technologies, Inc. Each party will bear its own costs and attorneys' fees.

| | | |
|---|---|---|
| 1 | Dated: June 6, 2008 | ATTORNEYS FOR PLAINTIFF VNUS MEDICAL TECHNOLOGIES, INC. |

Dated: June 6, 2008

ATTORNEYS FOR PLAINTIFF
VNUS MEDICAL TECHNOLOGIES, INC.

  /s/ Matthew B. Lehr
Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA  94025
(650) 752-2000/(650) 752-2111 (fax)
mlehr@dpw.com
nguyen@dpw.com

Dated:  June 6, 2008

ATTORNEYS FOR DEFENDANT
ANGIODYNAMICS, INC.

  /s/ William J. Heller
William J. Heller (pro hac vice)
Mark D. Giarratana (pro hac vice)
MCCARTER & ENGLISH, LLP
CityPlace I, 36th Floor
Hartford, CT  06103
(860) 275-6700/(860) 724-3397 (fax)
wbright@mccarter.com
mgiarratana@mccarter.com

Dated:  June 6, 2008

ATTORNEYS FOR DEFENDANT
VASCULAR SOLUTIONS, INC.

  /s/ J. Thomas Vitt
J. Thomas Vitt (pro hac vice)
Heather D. Redmond (pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402-1498
(612) 340-6343/(612) 340-2868 (fax)
thomas.vitt@dorsey.com
heather.redmond@dorsey.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  June 6           , 2008

*[signature]*
MAXINE M. CHESNEY
United States District Judge