**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VNUS MEDICAL TECHNOLOGIES, INC.,

Plaintiff,

v.

DIOMED HOLDINGS, INC., et al.,

Defendant

_____/

No. C-05-2792 MMC

**ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES**

The remaining defendants, specifically, Diomed Holdings, Inc., and Diomed Inc., having informed the Court that the claims against them alleged in the above-titled action have been automatically stayed, pursuant to 11 U.S.C. § 362(a), by the initiation of bankruptcy proceedings by said defendants, IT IS HEREBY ORDERED that the case is CLOSED for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of the action against the remaining defendants, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: June 6, 2008

MAXINE M. CHESNEY
United States District Judge