Matthew B. Lehr (Bar No. 213139)
Suong T. Nguyen (Bar No. 237557)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California  94025
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111

Attorneys for Plaintiff
VNUS Medical Technologies, Inc.

(additional counsel on signature page)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., | CASE NO. C05-02972 MMC (JL) |
| Plaintiff, | |
| v. | [PROPOSED] ORDER AND JOINT STIPULATION OF DISMISSAL OF DEFENDANTS DIOMED HOLDINGS, INC. AND DIOMED INC. |
| DIOMED HOLDINGS, INC., DIOMED INC., ANGIODYNAMICS, INC., and VASCULAR SOLUTIONS, INC., | |
| Defendants. | Judge:     Hon. Maxine M. Chesney |

The parties hereby stipulate, by and through their respective counsel, that defendants Diomed Holdings, Inc. and Diomed Inc. (together, "Diomed") be dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1).  The parties further stipulate to the dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(c), of the counterclaims asserted by the Diomed defendants against plaintiff VNUS Medical Technologies, Inc.  Each party will bear its own costs and attorneys' fees.

Since Diomed was the sole remaining defendant in this action following the dismissal of defendants AngioDynamics, Inc. and Vascular Solutions, Inc. by order dated June 6, 2008 (D.I. 646), the parties request that the Court enter an order closing the action for all purposes.

| | | |
|---|---|---|
| 1 | Dated: October 23, 2008 | ATTORNEYS FOR PLAINTIFF<br>VNUS MEDICAL TECHNOLOGIES, INC. |
| | | /s/ Matthew B. Lehr<br>Matthew B. Lehr (Bar No. 213139)<br>Diem-Suong T. Nguyen (Bar No. 237557)<br>DAVIS POLK & WARDWELL<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>(650) 752-2000/(650) 752-2111 (fax)<br>mlehr@dpw.com<br>nguyen@dpw.com |
| | Dated: October 23, 2008 | ATTORNEYS FOR DEFENDANTS<br>DIOMED HOLDINGS, INC. and DIOMED, INC. |
| | | /s/ Michael A. Albert<br>Michael A. Albert<br>Michael N. Rader<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 720-3500/(617) 720-2441 (fax)<br>mrader@wolfgreenfield.com |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 27, 2008

_/s/ Maxine M. Chesney_
MAXINE M. CHESNEY
United States District Judge

2
[PROPOSED] ORDER AND JOINT STIPULATION OF DISMISSAL OF DEFENDANTS
DIOMED HOLDINGS, INC. AND DIOMED INC. – CASE NO. 05-2972 MMC (JL)